DEFENDANTS'

EXHIBIT

1 7

0001

*corrections*



**State of New York**
# County of Broome Government Offices

**Probation Department**
Jason T. Garnar, County Executive · Kurt D. Zumbach, Probation Director

### ADDENDUM to PRE-PLEA INVESTIGATION REPORT
### 2/8/23

Honorable Joseph F. Cawley
Broome County Court

RE:  C_____Y, David                    SCI/Ind.: 70383-21 (PSI order says 70315-21)
DOB: ▆▆▆

Dear Judge Cawley:

Attached is the PSI ordered on the defendant which was prepared by Tioga County Probation.  This writer concurs with the recommended state prison sentence.  The defendant, a documented gang member, failed to report for twice as scheduled and finally arrived agitated, expressed that he had "other things to do," gave the interviewing PO attitude, and chose to leave without being interviewed when given that option.

**PRETRIAL SERVICES**
The defendant was on Pretrial supervision in Broome County from 10/27/22 to 11/3/22 when he was arrested on a new felony.

**VICTIM IMPACT STATEMENT**
No victim was identified in this case.

**ARRESTING OFFICER STATEMENT**
A Request for Arresting Officer Statement was emailed by this writer to Detective Andrew Greenman on 2/8/23; any response received will be forwarded to the Court.

**ZEPHRIN'S LAW**
In the event the defendant is sentenced to a split-sentence, the Court must take into consideration any period of incarceration served prior to sentencing and adjust the maximum expiration date of any term of Probation accordingly.

Respectfully submitted,

Ms. Jimae M. Hubert
Probation Officer

Melissa G. Foulke, Supervisor
Criminal Services Division
JMH:jmh
Attachments

# PreSentence Investigation Report

| County<br>Tioga | **PRESENTENCE**<br>**INVESTIGATION REPORT FACESHEET** | | Probation PIN<br>8590 | |
|---|---|---|---|---|
| Primary Court Case #<br>70315-21 | Court<br>Broome County Court | | Investigation Case #<br>CCI-70315-21<br>*70383-21* | |
| Agency Code<br>NY053013G | Inv Probation Officer<br>Fred A Kiechle | Date Ordered<br>11/28/2022 | Date Completed<br>02/07/2023 | |

| A. PERSONAL INFORMATION | | | |
|---|---|---|---|
| **Name (Last, First, Middle)**<br>**Coffey, David A** | **Maiden Name** | | **Aliases** |

| Present Address/Mailing Address<br>1491 State Route 38, Owego, NY 13827 | | Telephone Number<br>(607)687-5847 | | Total # in home | |
|---|---|---|---|---|---|
| **Date Of Birth** | **Age**<br>42 | **Sex**<br>Male | **Height**<br>6'3" | **Weight**<br>275 | **Eyes**<br>Brown | **Hair**<br>Brown | **Marital Status**<br>Separated |

| Date Of Birth | Age<br>42 | Sex<br>Male | Height<br>6'3" | Weight<br>275 | Eyes<br>Brown | Hair<br>Brown | Marital Status<br>Separated |
|---|---|---|---|---|---|---|---|
| Social Security | Military Service<br>Non-Veteran | | Ethnic Origin<br>Not Hispanic | | | Race<br>Am. Indian/Alaskan Native | |
| Place of Birth<br>Sylvia, NC | Citizenship<br>USA | | English Speaking<br>Yes | | ICE Status | Immigration # | |
| Annual Income | Employment Status<br>Unknown | | Employer | | | | |
| Education Level<br>GED | School Status | | School | | | | |

| B. PRESENT COURT PROCEEDING | |
|---|---|
| Judge<br>Joseph Cawley | Prosecuting / Presentment Attorney<br>Broome County DA's Office |
| Counsel / Law Guardian Name and Address<br>Allen E Stone, Jr - P.O. Box 118, Vestal, NY 13851-0118 | |

| Court Case # | CJTN | Offense Date | Arrest Date | Info / Indict / Petition<br>Date | Conviction /<br>Adjudication Date |
|---|---|---|---|---|---|
| 70315-21 | 69643827R | 05/25/2021 | 05/25/2021 | 07/06/2021 | 11/28/2022 |

| Court Case # | Info / Indict Charges / Nature of<br>Petition | Final Conviction / Adjudication Charges | By |
|---|---|---|---|
| 70315-21 | PL 265.03 03 C F 2 - Crim Possess<br>Weapon-2:Loaded Firearm-Other Than<br>Person's Home/business - 1 ct(s)<br><br>PL 265.02 01 D F 3 - Criminal Possession<br>Weapon-3rd: Previous Conviction - 1 ct(s)<br><br>PL 220.03  A M 7 - Criminal Possession<br>Controlled Substance- 7th Degree - 4 ct(s) | PL 265.03 03 C F 2 - Crim Possess<br>Weapon-2:Loaded Firearm-Other Than<br>Person's Home/business - 1 ct(s) | Plea |

| C. LEGAL INFORMATION | | |
|---|---|---|
| NYSID | Local Client ID | FBI Number |

## PreSentence Investigation Report

| 09944991M | C-3851 | 334572J89 |
|---|---|---|

| Court Case # | Status of Defendant / Respondent | Detention Date |
|---|---|---|
| 70315-21 | Other | |

| Designated Felon | | Youthful Offender | |
|---|---|---|---|
| Predicate Felon | No | | |
| Domestic Incident Report | No | Eligible | Not Applicable |
| Domestic Violence | No | Recommended | |
| DNA Status* | Required | | |
| DNA Collection Required* | Yes | Certificate of Relief from Disabilities by Court | |
| DNA Collection Date* | 10/06/2003 | Eligible | No |
| Fingerprintable Offense | Yes | Recommended | No |
| SORA Registerable Case* | No | | |
| Juvenile Offender | No | | |
| *Not applicable, if adjudicated YO | | | |

| Scheduled Sentence / Disposition Date | Actual Sentence/Disposition Date |
|---|---|
| 02/14/2023 | |

| Sentence / Disposition |
|---|
| |

| Court Case # | Drugs Used at Offense | Alcohol Used at Offense | BAC | BAC Test Refused | Personal Injury or Fatality |
|---|---|---|---|---|---|
| 70315-21 | Unknown | Unknown | | | |

| Number of Other Pending Charges / Petitions | 6 |
|---|---|
| Number of Prior Court Convictions / Adjudications | 11 |

| Prior DWI / DWAI Convictions | Number of DWI / DWAI Convictions in Last 5 Years | Drivers License # |
|---|---|---|
| | | GA-049719964 |

| DA CO-DEFENDANTS / CO-RESPONDENTS | | | | |
|---|---|---|---|---|
| Court Case # | Name | Age | Address | NYSID |

| E PARENTS AND/OR SPOUSE (INCLUDES STEP-FAMILY) | | | | | |
|---|---|---|---|---|---|
| Name | Relation | Age | Address | Occupation | Comment |
| Coffee Sr., David | Father | | | | |
| Tompson, Patricia Anne | Mother | | | | |

## PreSentence Investigation Report

### RELATIONSHIPS (INCLUDES STEPFAMILY)

| Name | Relation | Age | Address | Occupation | Comment |
|------|----------|-----|---------|------------|---------|
| Cabrera, Nakia | Half-Sibling | | | | |
| Coffee, Jonathon | Brother | | | | |
| Coffey, Dakota | Son | | | | |
| Coffey, Dustin | Son | | | | |
| Coffey, Jason | Son | | | | |
| Coffey, Joshua | Son | | | | |
| Tompson, Jonathon | Half-Sibling | | | | Deceased 1997 |

### VERIFICATIONS

| | Verified | In File | Method | Source | By Whom | Date |
|---|----------|---------|--------|--------|---------|------|
| Date of Birth | Yes | Yes | Viewed | NYSDMV | Kiechle, Fred A | 02/03/2023 |
| Citizenship | | | | | | |
| Legal History | Yes | Yes | Viewed | DCJS | Kiechle, Fred A | 02/03/2023 |
| Present Offense/Conviction | Yes | Yes | Viewed | Indictment | Kiechle, Fred A | 02/03/2023 |
| Current Address | | | | | | |
| Employment and Salary | | | | | | |
| Mental Health | | | | | | |
| Physical Health | | | | | | |
| Treatment Provider | | | | | | |
| Education/Training | | | | | | |
| Victim's Damages/Losses | | | | | | |
| Military | | | | | | |
| Other | | | | | | |
| Other | | | | | | |

### PROFESSIONAL LICENSES

| Type | License Number | Granted By |
|------|----------------|------------|
| | | |
| | | |
| | | |

### FIREARM LICENSES

| Type | License Number | Granted By |
|------|----------------|------------|
| | | |
| | | |
| | | |

# PreSentence Investigation Report

| V. VEHICLES | | | | | | |
|---|---|---|---|---|---|---|
| Owner | Make | Model | Color | License Plate | VIN | License State |

| X. IDENTIFICATION MARKS | |
|---|---|
| Location | Description |

| IX. LEGAL HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
| 09/12/1998 | | Cherokee County, N. Carolina | 03/30/1999 | 4 - 6 months jail | 03/30/1999 | Guilty at Trial by Judge | |
| Conv/Adj: | - Felony - Flee/Elude Arrest With Motor Vehicle | | | | | | |
| Conv/Adj: | - Misdemeanor - Carrying Concealed Weapon | | | | | | |
| Conv/Adj: | - Misdemeanor - Possession Schedule VI Controlled Substance | | | | | | |
| 03/09/1999 | | Cherokee County, NC | | Unknown | 03/30/1993 | Guilty at Trial By Judge | |
| Ind/Inf/Arr/Pet: | - Severity Unknown - Possession of Controlled Substance in Jail | | | | | | |
| Conv/Adj: | - Misdemeanor - Possession Scheduled VI Controlled Substance | | | | | | |
| 07/20/2000 | | Cherokee County, N. Carolina | 07/19/2000 | 45 Days Jail w/Work Release | 07/19/2000 | Guilty at Trial By Judge | |
| Conv/Adj: | - Severity Unknown - Flee/Elude Arrest with Motor Vehicle | | | | | | |
| Conv/Adj: | - Severity Unknown - Driving With License Revoked | | | | | | |
| Conv/Adj: | - Severity Unknown - Reckless Driving to Endanger | | | | | | |
| 04/29/2001 | 01060017 | Walton Village Court | 06/28/2001 | 89 days jail | 06/28/2001 | Convicted Upon Plea of Guilty | |
| Ind/Inf/Arr/Pet: | - PL 120.00 01 A M 3 - Assault 3rd Degree: With Intent To Cause Physical Injury | | | | | | |
| Conv/Adj: | - PL 120.00 01 A M - Assault 3rd Degree: With Intent to Cause Physical Injury | | | | | | |

## PreSentence Investigation Report

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 06/13/2001 | 01060061 | Walton Village Court | 06/28/2001 | 89 days jail | 06/14/2001 | Convicted Upon Plea Of Guilty | |

Ind/Inf/Arr/Pet:     - PL 205.30  A M 0 - Resisting Arrest
Conv/Adj:     - PL 205.30  A M 0 - Resisting Arrest

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 06/13/2001 | 01060017 | Walton Village Court | 06/28/2001 | Custody | 06/14/2001 | Convicted Upon Plea Of Guilty | |

Ind/Inf/Arr/Pet:     - PL 120.00 01 A M 3 - Assault 3rd Degree: With Intent To Cause Physical Injury
Ind/Inf/Arr/Pet:     - PL 265.01 02 A M 4 - Criminal Possession Weapon-4th:Intent To Use
Conv/Adj:     - PL 120.00 01 A M 3 - Assault 3rd Degree: With Intent To Cause Physical Injury

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 01/31/2002 | | Hall County, Georgia | 05/07/2002 | 11 mos. probation; 30 days jail | 05/07/2002 | Guilty | |

Conv/Adj:     - Misdemeanor - Marijuana Possession Less than 1 Ounce

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 04/23/2002 | | Hall County, Georgia | 05/20/2002 | 12 months probation /fees | 05/20/2002 | Guilty | |

Conv/Adj:     - Misdemeanor - Willful Obstruction of Law Enforcement Officers

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 09/07/2002 | 02090023 | Walton Village Court | 07/03/2003 | 180 days jail, License Suspended | 07/03/2003 | Convicted Upon Plea Of Guilty | 7/3/03 - sentenced to 189 days jail for Resisting Arrest conviction |

Ind/Inf/Arr/Pet:     - PL 205.30  A M 0 - Resisting Arrest
Ind/Inf/Arr/Pet:     - VTL 1192 03 U M 0 - Operating Motor Vehicle Intoxicated-1st Offense
Conv/Adj:     - VTL 1192 03 U M 0 - Operating Motor Vehicle Intoxicated-1st Offense
Conv/Adj:     - PL 205.30 A M 0 - Resisting Arrest

## PreSentence Investigation Report

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|---|---|---|---|---|---|---|---|
| 10/10/2002 | 2002-73 | Delaware County Court | 07/29/2003 | 4 years DOCCS, OOP | 07/29/2003 | Convicted Upon Plea Of Guilty | 7/29/03 - sentenced to 1 year concurrent for Crim. Cont. 1st. 3/7/06 - paroled 6/9/06 - parole revoked 4/6/07 - paroled 8/21/07 - parole revoked 11/7/08 - paroled 1/26/09 - parole revoked 10/30/09 - reached maximum expiration |

Ind/Inf/Arr/Pet:    - PL 120.05 02 D F 2 - Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
Ind/Inf/Arr/Pet:    - PL 215.51 BII E F 1 - Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
Conv/Adj:    - PL 120.05 02 D F 2 - Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
Conv/Adj:    - PL 215.51 B E F 1 - Criminal Contempt-1st Degree: Violate Order of Protection

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|---|---|---|---|---|---|---|---|
| 02/10/2005 | 2005-6 | Delaware County Court | 10/24/2005 | 1 year incarceration, OOP | 10/24/2005 | Convicted Upon Plea Of Guilty | |

Ind/Inf/Arr/Pet:    - PL 215.51 BIII E F 1 - Criminal Contempt-1st:Violate Order Protection- Communicates w/ Person
Conv/Adj:    - PL 215.51 BIII E F 1 - Criminal Contempt-1st:Violate Order Protection- Communicates w/ Person

## PreSentence Investigation Report

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|--------------|----------|-----------------|-------------|---------|
| 01/14/2010 | 2010-0009 | Tioga County Court | 03/29/2011 | 66 months concurrent | 03/29/2011 | Convicted Upon Verdict After Trial | 12/12/14 - paroled 4/12/16 - parole revoked 1/19/17 - paroled 6/14/17 - parole revoked 12/27/18 - reached maximum expiration |

Ind/Inf/Arr/Pet:    - PL 165.45 04 E F 4 - Criminal Possession Stolen Property-4th:Firearms
Conv/Adj:    - PL 220.16 01 C F 3 - ATT Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
Ind/Inf/Arr/Pet:    - PL 220.16 01 B F 3 - Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|--------------|----------|-----------------|-------------|---------|
| 05/26/2017 | 17050207 | Johnson City Village Court | 07/07/2017 | 12 months jail | 07/07/2017 | Convicted Upon Plea Of Guilty | |

Ind/Inf/Arr/Pet:    - PL 265.01 04 A M 4 - Criminal Possession Weapon-4th:Convicted Felon
Ind/Inf/Arr/Pet:    - PL 220.45 A M 0 - Possession Hypodermic Instrument
Conv/Adj:    - PL 265.01 04 A M 4 - Criminal Possession Weapon-4th:Convicted Felon

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|--------------|----------|-----------------|-------------|---------|
| 05/30/2020 | | Davenport Town Court | | | | No Disposition Reported | |

Ind/Inf/Arr/Pet:    - VTL 1192 04 U M 0 - Operating Motor Vehicle Influence Drug-1st Offense

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|--------------|----------|-----------------|-------------|---------|
| 06/03/2020 | 21-147-B | Cattaraugus County Court | | | 12/13/2021 | Covered By Another Case | |

Ind/Inf/Arr/Pet:    - PL 120.05 D F 2 - Assault -2nd Degree

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|--------------|----------|-----------------|-------------|---------|
| 06/04/2020 | 21-147-A | Cattaraugus County Court | | | 12/13/2021 | Covered By Another Case | |

Ind/Inf/Arr/Pet:    - PL 120.20 A M 2 - Reckless Endangerment - 2nd Degree
Ind/Inf/Arr/Pet:    - PL 220.03 A M 7 - Criminal Possession Controlled Substance 7th Degree
Ind/Inf/Arr/Pet:    - PL 165.40 A M 5 - Criminal Possession Stolen Property - 5th Degree

## PreSentence Investigation Report

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 12/02/2020 | 20120056 | Chenan go Town Court | 02/10/202 1 | Condition al Discharge | 02/10/2021 | Convicted Upon Plea Of Guilty | |

Ind/Inf/Arr/Pet:     - PL 170.25  D F 2 - Possession Forged Instrument-2nd Degree
Ind/Inf/Arr/Pet:     - PL 155.25  A M 0 - Petit Larceny
Ind/Inf/Arr/Pet:     - PL 105.05 01 A M 5 - Conspiracy -5th Degree
Conv/Adj:      - PL 155.25  A M 0 - Petit Larceny

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 01/28/2021 | 21010138 | Collins Town Court | 09/08/202 2 | Time Served | 09/08/2022 | Convicted Upon Plea Of Guilty | |

Ind/Inf/Arr/Pet:     - PL 120.25  D F 1 - Reckless Endangerment-1st Degree
Ind/Inf/Arr/Pet:     - PL 205.30  A M 0 - Resisting Arrest
Ind/Inf/Arr/Pet:     - PL 195.05  A M 2 - Obstruct Governmental Administration-2nd Degree
Ind/Inf/Arr/Pet:     - PL 270.25  A M 3 - Unlawful Fleeing A Police Officer In A Motor Vehicle-3rd Degree
Ind/Inf/Arr/Pet:     - PL 270.05 02 B M 0 - Unlawful Possession Noxious Matter
Conv/Adj:      - PL 195.05  A M 2 - Obstruct Governmental Administration-2nd Degree

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 05/25/2021 | IND-70383-21 | Broome County Court | | pending | 11/28/2022 | Convicted Upon Plea Of Guilty, Sentence Pending | |

Ind/Inf/Arr/Pet:     - PL 265.03 03 C F 2 - Criminal Possession Weapon-2nd Degree:Loaded Firearm
Ind/Inf/Arr/Pet:     - PL 220.05 03 A M 2 - Criminal Use Drug Paraphernalia-2nd:Scales
Ind/Inf/Arr/Pet:     - PL 220.03  A M 7 - Criminal Possession Controlled Substance-7th degree
Conv/Adj:    - PL 265.03 03 C F 2 - Criminal Possession Weapon-2nd Degree:Disguised Gun

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 08/14/2021 | CR-03138-21 | Bingha mton City Court | | | 09/01/2021 - Returned On Warrant | | |

Ind/Inf/Arr/Pet:     - PL 165.45 05 E F 4 - Criminal Possession Stolen Property-4th:Motor Veh Not Motorcycle

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 08/14/2021 | CR-03140-21 | Bingha mton City Court | | | 09/01/2021 - Returned On Warrant | | |

Ind/Inf/Arr/Pet:     - PL 270.25  A M 3 - Unlawful Fleeing A Police Officer In A Motor Vehicle-3rd Degree

## PreSentence Investigation Report

### LEGAL HISTORY

| Date | Court Case # | Court | Sentence Date | Sentence | Disposition Date | Disposition | Comment |
|------|-------------|-------|---------------|----------|------------------|-------------|---------|
| 08/14/2021 | 21080106 | Dickinson Town Court-Broome County | | | | No Disposition Reported | |
| Ind/Inf/Arr/Pet: | - PL 220.03 A M 7 - Criminal Possession Controlled Substance-7th degree | | | | | | |
| 10/12/2021 | Ind 70768-21 | Broome County Court | | | | | Arraigned and remanded without bail |
| Ind/Inf/Arr/Pet: | - PL 205.30 A M 0 - Resisting Arrest | | | | | | |
| Ind/Inf/Arr/Pet: | - PL 215.40 E F 0 - Tamper With Physical Evidence | | | | | | |
| Ind/Inf/Arr/Pet: | - PL 220.03 A M 7 - Criminal Possession of Controlled Substance - 7th Degree | | | | | | |
| 11/03/2022 | CR-04236-22 | Binghamton City Court | | | | No Disposition Reported | |
| Ind/Inf/Arr/Pet: | - PL 220.16 02 B F 3 - Criminal Possession Controlled Substance-3rd:Intent To Sell Prior Conv | | | | | | |
| Ind/Inf/Arr/Pet: | - PL 220.16 07 B F 3 - Crim Possession Controlled Substance-3rd:1/8 oz Meth-Intent To Sell | | | | | | |
| Ind/Inf/Arr/Pet: | - PL 220.09 02 C F 4 - Criminal Possession Controlled Substance-4th Degree:Methamphetamine | | | | | | |
| Ind/Inf/Arr/Pet: | - PL 220.50 02 A M 2 - Criminal Use Drug Paraphernalia-2nd:Package | | | | | | |
| Ind/Inf/Arr/Pet: | - PL 220.50 03 A M 2 - Criminal Use Drug Paraphernalia-2nd:Scales | | | | | | |

### ANALYSIS OF LEGAL HISTORY

The defendant has an extensive criminal history.

In 2003, the Delaware County Probation Department completed a PSI on the defendant that described the defendant's criminal history at that time as follows.

During the defendant's interview he recalled prior arrests in North Carolina. The first occurred when he was fourteen years of age for possession of drugs and underage consumption of alcohol. The second arrest was also in North Carolina and involved his driving without a license. He claims he was sentenced to probation supervision and also sent to an alcohol and drug rehabilitation center for thirteen days.

The defendant has numerous arrests spanning three states over the past three years. All of the arrests involve the elements of either possession of a weapon or threatening behavior in some capacity. There also appears to be a common thread of substance abuse in the defendant's arrest from North Carolina and Georgia.

## PreSentence Investigation Report

According to a prior probation report, the Walton Village Police Department stated that the defendant's arrest of 6/13/01, involved a domestic dispute with his wife. Police information indicated the defendant inflicted serious physical injury on his wife by repeatedly punching her in the face, kicking her and spitting on her. The added charge of Menacing 2nd and Criminal Possession of a Weapon 4th is based on the defendant holding a knife to his wife's neck and threatening to slit her throat. He was incarcerated for the offense on 6/13/01. While incarcerated, he was transported by the jail to the hospital for an appendectomy. During his stay at the hospital, the defendant used a telephone to call his wife and threaten her stating, "just wait 'til I get out of here." After authorities were notified of the threatening telephone call the defendant was charged with violating an Order of Protection.

A Pre Sentence Investigation completed on the defendant in 2011 by the Tioga County Probation Department updated the defendant's criminal history as follows.

The defendant's 2003 convictions for Assault in the Second Degree and Criminal Contempt in the First Degree, once again involved the defendant physically assaulting and threatening his wife, Tabitha Coffey, while there was an Order of Protection in force. Specifically, the defendant slashed the left forearm of Mrs. Coffey with a pair of scissors and then held the scissors to her throat while telling her he intended to stab her to death. The defendant was sentenced to a four year term of imprisonment and was paroled in March of 2006. His parole was revoked in June of 2006 and on two other occasions before he was released from prison on October 30, 2009. When asked about his multiple parole violations and revocations, the defendant stated it was due to his drug addiction and his continued use of illicit substances.

The defendant's October of 2005 conviction for Criminal Contempt in the First Degree resulted from the defendant communicating with his wife while he was in prison. The defendant did so in violation of a valid Order of Protection.

When asked about his criminal history, the defendant stated that as a juvenile, he was arrested for Unauthorized Use of a Motor Vehicle when he took his aunt's car and drove it to a party. He said he has a misdemeanor conviction in Georgia for Possession of Marijuana, and approximately five misdemeanor convictions in North Carolina for DUI, Possessing Marijuana, Possessing a Controlled Substance, and Resisting Arrest. The defendant reported his entire legal history was caused by his drug and alcohol use.

According to DCJS records, as of 12/16/23, the defendant had been arrested in NYS 19 times and had accrued 11 convictions, four of which were for Felonies, of which two were Violent Felonies. Additionally the defendant was listed as having six open cases, having failed to appear on three occasions, and as having had his parole revoked five times. It of note that according to DCJS records, the defendant has been arrested five times since committing the present offense and three of these arrests included Felony offenses.

In general the defendant's criminal history is indicative of a drug involved lifestyle, aggressive

## PreSentence Investigation Report

behavior towards others, domestic violence, a predilection for weapons, and an inclination to flee from, or resist law enforcement.

According to information available through the NYSDMV/DCJS web sites the defendant does not have a NYS driver's license. He does currently have four Suspensions of his driving privileges in NYS for Failure to Answer Summons in the Town of Angelica Court, and one Suspension of of his driving privileges for Failure to Answer Summons in City of Binghamton Court.

A 2/2/23, license check run on the defendant through the DCJS site produced a Caution Message that stated the defendant is a criminal gang member and has violent tendencies. He was reported to be a member of the Rat Hunters Gang. On the same date this Officer called the NYS Intelligence Center, as requested in the Caution Message, and left a voice mail message requesting further information on the defendant's gang involvement. As of this writing no response has been received.

### DESCRIPTION OF PRESENT OFFENSE

On 5/25/21, the defendant was arrested by the Binghamton Police Department and charged with Criminal Possession of a Weapon in the Second Degree, PL 265.03, a Class C Felony; Criminal Possession of a Weapon in the Third Degree, PL 265.02 (01), a Class D Felony; and four counts of Criminal Possession of a Controlled Substance in the Seventh Degree, a Class A Misdemeanor.

On 7/15/21, in Broome County Court the defendant was arraigned on Indictment 21-232.

Count One of the Indictment charged the defendant with Criminal Possession of a Weapon in the Second Degree, PL 265.03 (03), a Class C Felony, and alleged that on 5/25/21, in the City of Binghamton, the defendant possessed a loaded and operable .40 caliber pistol.

Count Two of the Indictment charged the defendant with Criminal Possession of a Controlled Substance in the Seventh Degree, PL 220.03, a Class A Misdemeanor, and alleged that on 5/25/21, in the City of Binghamton, the defendant knowingly and unlawfully possessed methamphetamine.

Count Three of the Indictment charged the defendant with Criminal Use of Drug Paraphernalia in the Second Degree, PL 220.50, a Class A Misdemeanor, and alleged that on 5/25/21, in the City of Binghamton, the defendant knowingly possessed a AWS Blade brand digital scale under circumstances evincing an intent to use the same for unlawfully manufacturing, packaging, or dispensing a narcotic drug or stimulant.

Count Four of the Indictment charged the defendant with Criminal Use of Drug Paraphernalia in the Second Degree, PL 220.50, a Class A Misdemeanor, and alleged that on 5/25/21, in the City of Binghamton, the defendant knowingly possessed a Weighmax brand digital scale under circumstances evincing an intent to use the same for unlawfully manufacturing, packaging, or dispensing a narcotic drug or stimulant.

On 11/7/22, a Bench Warrant for the defendant was issued by the Court.

## PreSentence Investigation Report

On 11/9/22, the defendant was returned on the warrant.

On 11/28/22, in Broome County Court, the defendant pled guilty to Criminal Possession of a Weapon in the Second Degree, PL 265.03 (03), a Class C Felony. On the same date the Court ordered a Pre-Sentence Investigation be completed on the defendant.

On 12/16/22, the Tioga County Probation Department received a request from the Broome County Probation Department to conduct a Pre-Sentence Investigation on the defendant due to the defendant residing in Tioga County.

All Felony and Penal Law Misdemeanor convictions require a buccal cell sample to be submitted to DCJS unless a sample has already been submitted due to a prior conviction. A check with the NYS DCJS Office of Forensic Sciences on 2/2/23, confirmed the defendant previously submitted a DNA, which was uploaded into the CODIS system 10/6/03. Therefore, the defendant is not required to submit a new DNA sample.

### ARRESTING OFFICER'S STATEMENT

This section of this report to be completed by the Broome County Probation Department.

### DEFENDANT'S/RESPONDENT'S STATEMENT

On 12/21/22, the defendant was mailed an appointment letter scheduling him for a PSI Investigation interview on 1/4/23. The defendant failed to attend or reschedule this appointment.

On 1/5/23, this Officer contacted the defendant by phone and he reported he was working in Buffalo and did not receive the appointment letter. He was rescheduled for a PSI interview 1/13/23.

On 1/13/23, the defendant failed to attend his scheduled PSI interview. The defendant was again contacted by telephone. He said he had forgotten about the interview and it was rescheduled for 1/18/23.

On 1/18/23, the defendant reported to the Tioga County Probation Department. Office staff reported that the defendant appeared agitated upon arrival. This Officer brought the defendant to an office and began explaining the PSI interview process. The defendant then stated, "Do I have to do this?" This Officer advised that if the defendant chose not to participate in the interview the report would be completed without his participation. The defendant then related in sum and substance, "we both know what you are going to write and what is going to happen. I'm going to prison in a few weeks and I have other things to do." The defendant then indicated he wished to leave and this Officer escorted him out of the Probation Department. As such, this report has been completed without the defendant's participation.

### VICTIM INFORMATION / STATEMENT

Victim information does not apply for this report.

## PreSentence Investigation Report

**SOCIAL CIRCUMSTANCES**
Family and Relationships

As previously noted, the defendant did not participate in the completion of this report. The following information is taken from Pre-Sentence Investigations completed on the defendant by the Delaware County Probation Department in 2003 and the Tioga County Probation Department in 2011.

The defendant reported in a previous investigation that he is one of seven children born to the marital union of David Coffey and Patricia Ann Thomson. However, upon interviewing with this Officer, he claims he has only one biological brother, Jonathan Coffey, who died in a car accident in 1997. The defendant claims the Department of Social Services found his mother to be too incapacitated to take care of her children when the defendant was an infant and the children were taken away. The defendant was given to his paternal grandparents, Clyde and Kay Coffey, and his brother was given to his maternal grandparents. The defendant's father re-married Debbie Coffey when the defendant was approximately four years old. She brought two children to the marriage from a previous relationship; Keith Summers, age thirty-three and Brian Summers, age thirty-one. Both boys continue to reside in Georgia. The defendant's paternal grandfather passed away on 4/28/00, Kay still lives in Marble, North Carolina.

Other family information contained in the Delaware County report noted that the defendant lived with his paternal grandparents in Marble, North Carolina until the age of 15. At that point, he began dating Tabitha Tompkins and they moved to Georgia. During the next several years, the couple lived at various places in the states of Tennessee and North Carolina for short periods of time. They eventually settled in Walton, New York near Tabitha's family.

The defendant is of Native American descent and is a member of the Eastern Band of Cherokee Indians tribe. Due to his membership, the defendant receives financial benefits as well as health care coverage.

Records received from the Delaware County Family Court on February 7, 2011, state that in regard to the defendant, there was a Neglect Petition filed against him on November 14, 2002. On February 26, 2003, the Court made a finding of Neglect on the part of the defendant. He consented to a one year Order of Supervision and an Order of Protection which did not allow him to have unsupervised contact with the children. The Orders expired on February 25, 2004.

Court records also noted that since 2000, there have been multiple custody/visitation petitions and Family Offense Petitions filed regarding the defendant and his children. The defendant's children are currently in the custody of their maternal grandparents and the defendant has no visitation rights.

For the majority of the time between October of 2002 and October of 2009, the defendant was incarcerated for his Assault and Criminal Contempt convictions as indicated in his Legal History.

## PreSentence Investigation Report

Upon his release in 2009, the defendant lived at 33 Valley Street in Binghamton until his arrest for the instant offense. The defendant said that since his release from jail on 1/10/11, he has been living with his cousin, Chris Gamble, in Clyde, North Carolina.

The defendant reported he married Tabitha (Tompkins) Coffey in 1997. He said they were both drug addicts from an early age, and separated in 2002, primarily due to both of them dealing with their drug addictions. During their marriage, Tabitha gave birth to four sons, Jason Coffey (13), Dakota Coffey (11), Joshua Coffey (10) and Dustin Coffey (9). Though the defendant has no visitation rights through the Court, he reported that his mother-in-law allows him to visit with his sons as often as possible. He said Tabitha has been in Massachusetts for the last couple of years at an inpatient alcohol/drug treatment program and halfway house so her mother has cared for their children.

## PreSentence Investigation Report

As previously noted, the defendant did not participate in the completion of this report. The following information is taken from a Pre-Sentence Investigations completed on the defendant by Tioga County Probation Department in 2011.

The defendant reported he last attended Andrews High School in Andrews, North Carolina. He said he dropped out of school when he was in eighth grade because he was married and his wife was pregnant. He stated, "I was a good student when I applied myself." The defendant reported he earned his GED since dropping out of school.

On 1/28/11, a request for the defendant's academic records was sent to Andrew High School. As of the writing of this report, Andrew's High School has not responded to the request.

On 2/22/11, it was confirmed via the New York State Education Department web site that the defendant was issued his GED diploma on 6/28/04.

Due to multiple terms of incarceration throughout his life, the defendant's employment has been extremely disjointed. When he has been able to obtain and maintain employment in the past, it has primarily been in the construction industry. The defendant reported his most consistent employer has been Pashko "Pete" Djorko who owns Djorko Construction based in the Bronx, New York. He stated that he worked for Mr. Djorko from 2000 to 2003 until his was incarcerated. Other than the construction industry, the defendant has also worked at various restaurants and grocery stores to support his family.

The defendant reported he is currently working for his cousin, Chris Gamble, the owner of Finish Right Contracting in Clyde, North Carolina. On 1/27/11, this officer contacted Mr. Gamble and confirmed the defendant's employment. Mr. Gamble described the defendant as "a good worker."

In addition to the income he earns through his employment, the defendant also receives two checks per year from the Eastern Band of Cherokee Indians. The checks are the defendant's portion of money taken in by the tribe through their money making ventures such as the casino on the reservation in North Carolina. The defendant reported his two checks last year totaled approximately $7,000.

## PreSentence Investigation Report

**SOCIAL CIRCUMSTANCES**
**Physical and Mental Health**

The following information is taken from Pre-Sentence Investigations completed on the defendant by the Delaware County Probation Department in 2003 and the Tioga County Probation Department in 2011.

The Physical and Mental health information contained in the pre-sentence investigation completed by the Delaware County Probation Department in 2003 stated that the defendant was diagnosed with an aneurysm at the age of twelve. He also had an appendectomy during one of his terms of incarceration.

The report also notes that the defendant was diagnosed with Anxiety Disorder after his brother's death in 1997. He tried various psychotropic medications to help with his symptoms, however, after a short period of time, he stopped taking them.

During the interview for his 2011 investigation, the defendant stated he never received mental health treatment outside of prison. He never mentioned being diagnosed with anxiety problems in the past or that he was prescribed any psychotropic medications.

The defendant reported that he was diagnosed with Hepatitis C in 2004 and that his liver was considered a Level III, indicating advanced liver disease, when he was last seen at a clinic in Binghamton. He said that shortly after being diagnosed, he tried the drug Interferon but he "couldn't handle it." The defendant reported that since that time (approximately 2005), he has not received medical treatment for his condition.

**SOCIAL CIRCUMSTANCES**
**Drugs and Alcohol Usage/Treatment History**

## PreSentence Investigation Report

As previously noted, the defendant did not participate in the completion of this report. The following information is taken from Pre-Sentence Investigations completed on the defendant by the Delaware County Probation Department in 2003 and the Tioga County Probation Department in 2011.

The defendant reports he began consuming alcohol at the age of nine. At the age of twelve the defendant would drink every Thursday, Friday and Saturday evening. At the age of fifteen, the defendant's consumption slowed because he met Tabitha. From the age of seventeen until he was eighteen, the defendant consumed alcohol on a daily basis. At the age of twenty, the defendant's abuse of alcohol began to be daily again.

The defendant states he used marijuana on a daily basis from the age of fifteen until he was incarcerated this last time. In a prior probation report, the defendant reported that he had never experimented with any other illegal substances. However, in this interview, admitted to using cocaine/crack from the age of fifteen. He claims in 1998, his use became daily for approximately six months. The defendant then fought with using on and off until he was incarcerated for the present offense. The defendant reported to using morphine in the past and oxy contin (sic) (synthetic heroin)on a daily basis from 1998 until he was incarcerated in 2000. He also admitted to significant use of acid (LSD) at the age of sixteen and crystal meth from the age of fifteen until 2000, for which he used needles on a daily basis.

The defendant reported he spent thirteen days in a juvenile alcohol and drug rehabilitation in North Carolina at the age of fourteen. He also reports he was evaluated by the Delaware County Alcohol and Drug Abuse Services while incarcerated this last time. However, he was only seen once and then he was transferred to another correctional facility. The defendant reports his wife would use marijuana on a daily basis while they were together, which caused him to use more.

The defendant reported that crack cocaine, heroin, and methamphetamine have been "big problems" for him. He said that during the last several years, he has used all of them on a daily basis at one point or another, even when he was in prison. The defendant stated that other than some alcohol/drug classes he attended while incarcerated, he has never attended any formal treatment. In regard to his drug use, the defendant stated, "I'm ready to get clean, I've been selfish." He said he wants to become a positive influence on people rather than a negative one.

At the time of his interview, the defendant was offered the opportunity to take a urine screen which would test for the presence of illicit drugs in his system. The defendant declined the test on the advice of his attorney.

Because the defendant is currently living in North Carolina, he agreed to have an alcohol/drug evaluation completed there for the purposes of this investigation. On 2/14/11, the defendant contacted this officer and reported he completed the alcohol/drug evaluation at an agency called Far West Counseling. He stated their recommendation was Intensive Outpatient alcohol/drug treatment.

## PreSentence Investigation Report

### AGGRAVATING CIRCUMSTANCES

As the defendant did not participate in a PSI interview, there was insufficient information available to complete a COMPAS Risk Assessment on him.

### ASSESSMENT INFORMATION

| Type | Score | Instrument | Supervision Level | Criminogenic Needs |
|------|-------|-----------|-------------------|--------------------|
|      |       |           |                   |                    |

### EVALUATIVE ANALYSIS

The 42 year old defendant is before the Court Convicted of Criminal Possession of a Weapon in the Second Degree, PL 265.03 (03), a Class C Felony. He has a lengthy criminal history that appears related to drug involvement, aggressive behavior, domestic violence and weapons possession. He has previously served both local jail and state prison sentences.

The defendant declined to participate in this investigation. His criminal history and arrest record indicate that his criminal behavior is ongoing. While it is clear that prior terms of imprisonment have failed to promote the development of consequential thinking in the defendant, such a sentence would serve to provide the community with a respite from his ongoing criminal activity.

### RECOMMENDATION

The Tioga County Probation Department respectfully recommends that the defendant be sentenced to a term of imprisonment.

### CERTIFICATE OF RELIEF FROM DISABILITIES

Due to prior Felony convictions the defendant is not eligible for a Certificate of Relief From Disabilities from the Court.

### REQUEST TO EXEMPT PORTIONS OF REPORT FROM DISCLOSURE

Respectfully Submitted,

Fred A Kiechle  2/7/2023

Approved By

Teri L Rosenberger

_____
**Probation Officer**

_____
**Supervising Probation Officer**

**State of New York**
## County of Broome Government Offices

Probation Department
Jason T. Garnar, County Executive · Kurt D. Zumbach, Probation Director

### LATE RECEIVED ARRESTING OFFICER STATEMENT

2/21/23

Hon. Joseph F. Cawley
Broome County Court

Re: COFFEY, David                    SCI/Ind: 70383-21
DOB: ███



RECEIVED
FEB 2 2 2023
CHAMBERS OF
HON. JOSEPH E. CAWLEY

Dear Judge Cawley:

Attached is an Arresting Officer Statement received by our office via email on 2/17/23; the PSI associated with this case was sent to the Court on 2/10/23.

Respectfully submitted,

*Melissa Foulke*                      *Jimae M. Hubert*

Melissa G. Foulke                     Jimae M. Hubert
Supervisor, Adult Services Unit       Senior Probation Officer

JMH:jmh
Attachment



**State of New York**
# County of Broome Government Offices

Probation Department

Jason T. Garnar, County Executive · Kurt D. Zumbach, Probation Director

## REQUEST FOR ARRESTING/APPREHENDING OFFICER STATEMENT

2/8/23

Detective Andrew Greenman
BCSIUTF

Offender: COFFEY, David                    Case/Incident: 21-063T/21-26261
DOB: ███

Dear Det. Greenman:

The Probation Department has been ordered to prepare a Pre-Sentence Investigation report regarding the above-referenced offender who available police reports indicate was arrested/apprehended by you on 5/25/21. The defendant has been convicted of CPW 2nd and is expected to receive a state prison sentence. Your comments are very important and will be noted in the PSI report when it goes to Court and to NYS DOCCS. **We would appreciate a response to the questions below;** no need to attach police reports as we have received them from the DA's Office. **\*\*If someone other than the person to whom this is addressed is completing this statement, please also indicate his/her/their name and title somewhere below:**

1.  Was the Defendant cooperative during the arrest procedure?    ✓ Yes    ___ No

2.  In your opinion, is the Defendant a danger to the community?    ✓ Yes    ___ No

3.  Has the Defendant been known to you in the past?    ✓ Yes    ___ No

4.  What is your view toward the expected/negotiated sentence?
In my professional opinion, the 7 year sentence David Coffey will receive is an injustice to the public. David Coffey has been nothing short of a menace to society, and is a career criminal (violent criminal) with a criminal history in several states on the east coast. I will be pleased to see Coffey serve a state prison sentence, however 7 years far too small of a sentence for an individual like this.

(Please attach additional sheet if necessary)

For your convenience, you can scan/email your response to me at jimae.hubert@broomecounty.us, fax it to (607) 778-2171, or regular mail to the address below. Thank you for your time.

Ms. Jimae Hubert
Senior Probation Officer

Broome County Office Building · 60 Hawley Street · P.O. Box 1766 · Binghamton, New York 13902
Phone: (607) 778-2121 · Fax (607) 778-6137 · www.gobroomecounty.com