DEFENDANTS'

EXHIBIT

38

IND-70078-21/002 – UCS-513F – 03/01/2022                                Page 1 of 1



UCS-513F

# CATTARAUGUS COUNTY COURT (M-B)
303 Court Street Floor 3rd, Little Valley, NY 14755

Present: Hon. Ronald Ploetz, County Court Judge

The People of the State of New York

vs.

**David A. Coffey**
1 O127 1/2 SR 16, Delevan, NY 14042

Sex: Male   Race: White   DOB: 08/03/1980

**Order to Produce (Force Order)**

| | |
|---|---|
| Docket Number: | **IND-70078-21/002** |
| CJTN: | 069371898Q |
| NYSID: | 09944991M |

EYO: N                    YO: N

To the **Cattaraugus County Sheriff:**

An accusatory instrument having been filed with this court charging the above-named defendant with the offense(s) of:

| | | | | |
|---|---|---|---|---|
| PL 265.01-B 01 | EF | Criminal Possession Firearm | 1 | 06/04/2020 |
| PL 265.02 01 | DF | Crim Poss Weap-3rd:Prev Conv | 1 | |

**AND**, said defendant being held in the custody of the **BROOME COUNTY JAIL**, and the attendance of said defendant being required before this Court; it is hereby,

**ORDERED**, that the **Cattaraugus County Sheriff** shall produce the defendant to appear before this court as follows:

| | |
|---|---|
| Court Name: | **Cattaraugus County Court (M-B)** |
| Location: | **303 Court Street Floor 3rd, Little Valley, NY 14755** |
| Date/Time: | **03/07/2022 at 10:00 AM** |
| Part: | **Criminal 1** |
| Floor/Room: | **Room Courtroom** |
| Before Judge: | **Hon. Ronald Ploetz** |
| For the purpose of: | **Further Proceedings** |

**AND**, the defendant having refused to appear before this court as scheduled; it is further,
**ORDERED** that the **Cattaraugus County Sheriff** and the Court Officers or Courtroom Deputies assigned to this court part use whatever means that may be necessary, including reasonable force, to affect the production of the defendant before this Court as ordered.

Dated: _3/1/22_                    _____
                                   Hon. Ronald Ploetz

# RELEASE OF PRISONER

~~Docket~~ IND No. _70078 - 21/002_

**STATE OF NEW YORK**

County Of _Cattaraugus_

Town/Village _Cattaraugus County_

To the SHERIFF OF _Cattaraugus_ COUNTY: I herby order the

RELEASE and DISCHARGE of _David Coffey_

who is detained by you on a Securing Order to answer a charge of

_pl 265.02 1 , 265.01 - B 01_ .

An Insurance Company Bond For The Sum Of

_fifty thousand_ & 00/100 Dollars

($ _50,000_ ) has been furnished dated _February 8th 2022_.

x _[signature]_
~~Judge~~
Clerk

A BAIL CO., INC.



MIKE BUNK
LICENSED BAIL BOND AGENT

LOWEST PRICES ALLOWED

# Fax Message

**To:**

**Fax:**        6077781942

**From:**      Jillian Koch

**Date:**      2/8/2022 1:39 PM
**Pages:**     1 of 7 (including this page)
**Subject:**   RE: (EXTERNAL) David Coffey

A Bond has been filed in Cattaraugus County Court, please see attached with release order.  Thank you.

Jillian Koch
Clerical Assistant
Cattaraugus County Multi Court
303 Court Street
Little Valley, NY 14755
Phone: (716) 379-6641

From: Jillian Koch
Sent: Monday, January 31, 2022 2:44 PM
To: '6077781942@fax.nycourts.gov' <6077781942@fax.nycourts.gov>
Cc: Ronald Lott <rglott@cattco.org>
Subject: RE: (EXTERNAL) David Coffey

Hello,

Looking to verify that Mr. Coffey is still on your list to be produced on 02/07 at 10am.  The order states he
will be transported by the Catt County Sheriff, please advise that is still permissible.  Thank you.

Jillian Koch
Clerical Assistant
Cattaraugus County Multi Court
303 Court Street
Little Valley, NY 14755
Phone: (716) 379-6641

From: Jillian Koch
Sent: Friday, January 7, 2022 11:00 AM

To: 6077781942@fax.nycourts.gov<mailto:6077781942@fax.nycourts.gov>
Subject: FW: (EXTERNAL) David Coffey


Jillian Koch
Clerical Assistant
Cattaraugus County Multi Court
303 Court Street
Little Valley, NY 14755
Phone: (716) 379-6641

From: Jillian Koch
Sent: Thursday, January 6, 2022 11:22 AM
To: Ronald G. Lott <rglott@cattco.org<mailto:rglott@cattco.org>>
Cc: 6077782100@fax.nycourts.gov<mailto:6077782100@fax.nycourts.gov>
Subject: RE: (EXTERNAL) David Coffey

Boy,  I just can't get my act together today!  I've attached the Order to Produce.  I'm sure it's right this time
☺, sorry for all the trouble.

Jillian Koch
Clerical Assistant
Cattaraugus County Multi Court
303 Court Street
Little Valley, NY 14755
Phone: (716) 379-6641

From: Ronald G. Lott <rglott@cattco.org<mailto:rglott@cattco.org>>
Sent: Thursday, January 6, 2022 11:05 AM
To: Jillian Koch <jkoch@nycourts.gov<mailto:jkoch@nycourts.gov>>
Subject: RE: (EXTERNAL) David Coffey

This is a securing order does it have to be an order to produce?

From: Jillian Koch <jkoch@nycourts.gov<mailto:jkoch@nycourts.gov>>
Sent: Thursday, January 6, 2022 8:31 AM
To: 6077782100@fax.nycourts.gov<mailto:6077782100@fax.nycourts.gov>; Ronald G. Lott
<rglott@cattco.org<mailto:rglott@cattco.org>>
Subject: (EXTERNAL) David Coffey

CAUTION: This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

I've attached the corrected order with the return date of 02/07/2022.  Thanks.

Jillian Koch
Clerical Assistant
Cattaraugus County Multi Court
303 Court Street
Little Valley, NY 14755
Phone: (716) 379-6641

Please be CAREFUL when clicking links or opening attachments from external senders.

0006

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A VOID PANTOGRAPH PRINTED ON SECURITY PAPER WITH A TRUE WATERMARK

CRUM & FORSTER INDEMNITY COMPANY
90 Westheimer Rd., Suite 300 • Houston, TX 77077
P.O. Box 2807 • Houston, Texas  77252-2807
(713) 954-8100      (713) 954-8389 FAX

# POWER OF ATTORNEY

POWER NO.        ‡‡‡CF50-70381320‡‡‡

POWER AMOUNT $        ‡‡‡50,000.00‡‡‡

Power of Attorney is granted pursuant to Article XI section 11.05 of the By-Laws of CRUM & FORSTER INDEMNITY COMPANY as now in full force and effect.  Article XI section 11.05 Policies, Bonds gnizances, Stipulations, Consents of Surety, Underwriting, Undertakings, and  Instruments relating Thereto.  Insurance policies, bonds, recognizances, stipulations, consents of surety and underwriting rtakings of the Corporation, and releases, agreements and other writings relating in any way thereto or to any claim or loss thereunder, shall be signed in the name and on behalf of the corporation (a) by hairman of the Board, the President, or a Vice President: or (b) by an Attorney-In-Fact for the Corporation appointed and authorized by the Chairman of the Board, the President or Vice President to make signature provided that any such delegation of power be limited to routine matters; or (c) buy such other officers or representatives as the Board of Directors may from time to time determine.  The seal of Corporation shall, if appropriate, be affixed thereto by any such officer, Attorney-In-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence ivel limitations, fines, restitution, payments or penalties of any other condition imposed by a court not specifically related to court appearance.

his Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Bonds or Immigration Bonds. This power void if altered r erased, void if used with other powers of this Company or in combination with powers from any other surety company, void if used to furnish bail in xcess of the stated face amount of this power, and can only be used once.

he obligation of the Company shall not exceed the sum of  ***Fifty  Thousand  Dollars and Zero Cents***
nd provided this Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to isert in this Power of Attorney the name of the person on whose behalf this bond was given.

WITNESS WHEREOF, CRUM & FORSTER INDEMNITY COMPANY has caused these presents to be signed by its duly authorized officer, er for the purpose and its corporate seal to be hereunto affixed this ___ of February 2022
DAY    MONTH    YEAR

d Amount $ 50,000    Gross Premium $ 3260.00

ndant  DAVID Coffey

rges  p1 265.02 1 , 265.01~B01

rt Cattaraugus County

No.  70078 - 21/002

Little Valley    State NY

write, original No.

uting agent _____ NAME Mike Link

SEAL

By _____
Michael Ziemer
Senior Vice President

VOID IF NOT ISSUED BY:    05/31/2022

*FOR STATE USE ONLY*
*NOT VALID IF USED IN FEDERAL COURT*

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES A SECURITY BACKER

8/2022  1:19  PM

COURT COPY

25BOCA GNPAX -> 16077781942

Page  4 of  7

8/2022 1:39 PM      25BOCA-GWFAX -> 16077781942      Page 5 of

THE PEOPLE OF THE STATE OF NEW YORK

     *Against*

David Coffey

**STATE OF NEW YORK**
**COUNTY OF** Cattaraugus

Bail Affidavit
Sect. 520.20-4
Criminal Procedure Code

Docket #:

Mike Bunk (A Bail Co Inc) being duly sworn, deposes and say, that he resides at s)office

25 E. Main St Rochester NY 14614 and is an attorney in fact and agent of
CRUM & FORSTER INDEMNITY COMPANY the surety on the bail bond of the defendant in the above entitled action CRUM &
FORSTER INDEMNITY COMPANY the surety on the bail bond of the defendant in the above entitled action

That the consideration or compensation for becoming such surety on said bail bond is

Company Premium $ 3,260

paid by - promised by Joan Detrick

That said surety, has received - has been promised - from each of the following persons

residing at

1. Joan Detrick      1491 St Rt 38 Owego NY 13827
2.
3.
4.
5.

as security against any loss on said bail bond: an indemnity agreement and confession of judgment and the following
described collateral

1.
2.
3.
4.
5.

That the said surety, has received - has been promised - from each of the following persons

residing at

1. Joan Detrick      1491 St. Rt 38 Owego NY 13827
2.
3.

In a business as      at

1. Retired property owner
2.
3.

an agreement in writing and confession of judgement duly executed, whereby they have contracted and agree with the said
surety to indemnify the said surety against any loss under said bail bond

     That the said surety has not nor has any other person, firm or corporation on its behalf, either directly or indirectly
received nor has been promised any money or other property or thing of value or consideration, nor any security, indemnity
or guaranty of any kind whatsoever except as herein set forth, and except that the agent Mike Bunk (A Bail Co Inc)
has executed a general indemnity agreement and deposited general collateral for the benefit of the surety only

     That the amount herein set forth as the consideration or compensation received, promised or agreed to be corporation,
in writing or otherwise, as the consideration or compensation herein or for any other purpose whatsoever No previous
application for this bail has been made to Cattaraugus County and denied for the following
reasons N/A and except for such application no previous application was made

     That each of the foregoing statements are made by deponent to induce the Court to accept the said surety on the bail
bond of the defendant herein, and deponent knows of his own personal knowledge that each of the foregoing statements are
true, accurate and complete.

Sworn to before me this   8th

day of February    20 22

                              Attorney in Fact
                            CRUM & FORSTER INDEMNITY COMPANY

JILLIAN S KOCH

8/2022 1:39 PM                25BOCA·GWFAX  ·>  16077781942                           Page  6 of

CRIMINAL COURT OF THE CITY OF _Little Valley_

PART _Arraignment_                COUNTY OF _Cattaraugus_        (Examination)
                                                                 ("inal)

## FORM OF CONSOLIDATED BAIL BOND
### (Prisoner in Criminal Court)

CITY OF  _Little Valley_        )
                                ) Ss:
COUNTY OF _Cattaraugus_         )

An information having been laid before the Honorable _Judge Ploetz_ a Judge, Criminal Court of the City of _Little Valley_ charging _David Coffey_ Defendant with the offense or crime of _PL 265.021, 265.01 - B01_ and he having been brought before the Judge, Criminal Court for an examination of said charge, and in having made to appear to the satisfaction of said Judge, Criminal Court that the said examination should be adjourned in some other day, and the hearing hereof having been adjourned to the _TBD_ day of _____, 20 ____, and the said _David Coffey_ having applied for admission to bail on the Consolidated Bail Bond Pursuant to the provisions of Section 577B of the Code of Criminal Procedure, and the said _David Coffey_ being admitted to bail in the sum of _fifty thousand_ dollars.

We, _David Coffey_ , Defendant of _Cattaraugus County Court_ occupation _Various_ and CRUM & FORSTER INDEMNITY COMPANY, _Mike Burk (A Bail Co Inc)_ , Surety, hereby undertake jointly and severally, that the above-named Defendant _David Coffey_

1) shall appear before the Judge, Criminal Court presiding at _Cattaraugus County_ of the Criminal Court of the City of _Little Valley, NY_ during the examination and on each and every day to which said examination may be adjourned, until the same is fully completed; and

2) further, that if an order be made that said Defendant be held to answer upon a charge of _PL 265.021 265.01 - B01_ or any other crime, the above named _David Coffey_ shall appear and answer the charge, in whatever Court it may be prosecuted; and shall at all times render _David Coffey_ self-amendable to the orders and process of the Court; and if convicted shall appear for judgment, and render _David Coffey_ self in execution thereof; and

If the above-named Defendant fails to perform either or any of these conditions, that we will pay the People of the State of New York the sum of _fifty thousand_ dollars ($ _50,000_ )

Taken and acknowledged before me _Judge Ploetz_                  _In Custody_
                                                                 Principal

                                                                 CRUM & FORSTER INDEMNITY COMPANY
                                                                 (Surety)

        X _____                      By _____
        Judge, Criminal Court                               Attorney-in-Fact

STATE OF NEW YORK        )
                         ) Ss:
COUNTY OF _Cattaraugus_  )

On the _8th_ day of _February_ in the 20 _22_ , before me personally came _Mike Burk (A Bail Co Inc)_ who, being by me duly sworn, did depose and say that he resides in the City of _Ellicottville_ that he is the Attorney-in-Fact of CRUM & FORSTER INDEMNITY COMPANY, the Corporation described in and which executed the above instrument; that he knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he signed his name thereto as Attorney-in-Fact by like order; that said Company is a corporation organized, existing and engaged in business as a Surety Company under and by virtue of the laws of the State of New York, and has complied with all the requirements of said laws applicable to said Company is duly qualified to act as surety under the laws of said State.

Sworn to before me this _8th_
day of _February_ , 20 _22_

_____                      _____

                              JILLIAN S KOCH
S-0017 LCF C4F NY Consolidated Bail Bond (03/20)    NOTARY PUBLIC STATE OF NEW YORK

IND-70078-21/002 – UCS-513 – 01/06/2022                                                    Page 1 of 1



# CATTARAUGUS COUNTY COURT (M-B)

303 Court Street Floor 3rd, Little Valley, NY 14755

UCS-513

Present: Hon. Ronald Ploetz, County Court Judge

| The People of the State of New York | Order to Produce | |
|---|---|---|
| vs. | | |
| | Docket Number: | **IND-70078-21/002** |
| **David A. Coffey** | CJTN: | 069371898Q |
| 10127 1/2 SR 16, Delevan, NY 14042 | NYSID: | 09944991M |
| Sex: Male  Race: White  DOB: 08/03/1980 | EYO: N | YO: N |

To the **Cattaraugus County Sheriff**:

An accusatory instrument having been filed with this court charging the above-named defendant with the offense(s) of:

| Charge | Charge Weight | Charge Description | No. of Counts | Incident Date |
|---|---|---|---|---|
| PL 265.01-B 01 | EF | Criminal Possession Firearm | 1 | 06/04/2020 |
| PL 265.02 01 | DF | Crim Poss Weap-3rd:Prev Conv | 1 | |

**AND**, said defendant having been committed to custody **of BROOME COUNTY JAIL** as an Adult and the defendant's further attendance being required before this Court, it is hereby;

**ORDERED**, that the **Cattaraugus County Sheriff** shall produce the defendant as follows:

| Court Name: | **Cattaraugus County Court (M-B)** |
|---|---|
| Location: | **303 Court Street Floor 3rd, Little Valley, NY 14755** |
| Date/Time: | **02/07/2022 at 10:00 AM** |
| Part: | **Criminal 1** |
| Floor/Room: | **Room Courtroom** |
| Before Judge: | **Hon. Ronald Ploetz** |
| For the purpose of: | **Further Proceedings** |

Dated:  1/6/22

**Hon. Ronald Ploetz**

STATE OF NEW YORK
COUNTY COURT :: BROOME COUNTY

---

THE PEOPLE OF THE STATE OF NEW YORK                    BAIL ORDER

        -vs-

DAVID COFFEY,

                         Defendant.

---

        An application having been made by or on behalf of the above-named defendant for his/her release and/or for the setting of bail, and upon consideration of the application and the facts and circumstances attendant thereto, and

        The Court noting that bail was previously set on charges of Tampering with Physical Evidence, Criminal Possession of a Controlled Substance in the Seventh Degree, and Resisting Arrest, and further noting that the defendant has been released on the charges of Tampering with Physical Evidence and Criminal Possession of a Controlled Substance in the Seventh Degree, by separate Release issued by the Court this date, and as to the remaining charge of Resisting Arrest, the defendant has been indicted under Indictment No. 70768-21, and

        The Court deeming it appropriate that the bail previously set cover not only the charge of Resisting Arrest (now charged under Indictment No. 70768-21 (DA #21-424)), but also subsequent charges of Assault on a Peace Officer and Obstructing Governmental Administration, as charged under Indictment No.70752-21 (DA #21-428), now, it is hereby

        ORDERED, that bail previously set by this Court in the amount of $50,000 cash, or $100,000 real property, or $400,000 partial secured surety bond with $40,000 cash, shall be deemed to cover the following charges: Resisting Arrest, as charged in Ind. 70768-21, and Assault on a Peace Officer and Obstructing Governmental Administration in the Second Degree, as charged in Ind. 70752-21, **to be posted in court only**.  Pending the posting of bail in  such

amount, the defendant is remanded and committed to the custody of the Sheriff of Broome

County on such charges, to be held for further proceedings.

DATED:      January 28, 2022
               Binghamton, New York

                                        HON. JOSEPH F. CAWLEY
                                        Broome County Court Judge

STATE OF NEW YORK
COUNTY COURT : COUNTY OF BROOME

_____

THE PEOPLE OF THE STATE OF NEW YORK,

      vs.                                                            RELEASE FROM
                                                                                         CUSTODY

DAVID COFFEY,

                        Defendant.

_____


      THE SHERIFF OF THE COUNTY OF BROOME IS HEREBY **ORDERED TO**

**RELEASE DAVID COFFEY** ON THE CHARGES OF RECKLESS DRIVING, AGGRA-

VATED UNLICENSED OPERATION IN THE THIRD DEGREE, CRIMINAL POSSESSION

OF A CONTROLLED SUBSTANCE IN THE SEVENTH DEGREE, AND TAMPERING

WITH PHYSICAL EVIDENCE.

Dated:  BINGHAMTON, NEW YORK
        January 28, 2022

                                      _____
                                      HON. JOSEPH F. CAWLEY
                                      Broome County Court Judge

**Lisiesky, John A.**

| | |
|---|---|
| **From:** | Lisiesky, John A. |
| **Sent:** | Friday, January 28, 2022 11:47 AM |
| **To:** | Susan Mertens |
| **Subject:** | RE: David Coffey |

COMES IN 10/25/21 ON 1 DOCKET OUT OF C/BING CT CONTAINING THE FOLLOWING CHARGES

TAMPERING W/PHYS EVIDENCE
CPCS 7TH
RESISTING ARREST
RECKLESS DRIVING
AUO 3R

11/1/21 JUDGE CAWLEY SETS BAIL AT 50 K CASH, 100 K REAL PROP, 400 K PART SEC APP BOND, ONLY ON THE FOLLOWING CHARGES

TAMPERING W/PHYS EVIDENCE
CPCS 7TH
RESISTING ARREST

12/17/21 JUDGE CAWLEY REMANDS WITHOUT BAIL ON IND# 70752-21

ASSAULT 2

1/4/22 JUDGE CAWLEY REMANDS WITHOUT BAIL ON IND#70768-21

RESISTING ARREST

ALL CHARGES ARE STILL PENDING BUT ONLY SOME HAVE BAIL

**From:** Susan Mertens <smertens@nycourts.gov>
**Sent:** Friday, January 28, 2022 11:03 AM
**To:** Lisiesky, John A. <John.Lisiesky@BroomeCounty.US>; Dillenbeck, Krystal A. <Krystal.Dillenbeck@broomecounty.us>
**Subject:** David Coffey

Hi…We're trying to figure out what bail has/hasn't been set on for this guy. Can you please tell me what he's being held on at this point, and what charges have bail set? Thank you!!

Sue M

⚠ **CAUTION:** This email originated from outside the organization. BE SUSPICIOUS of any links in the email. If this email is asking for something unusual, do not reply to the email. Contact the sender through another method, or contact Broome County IT for help.

STATE OF NEW YORK
COUNTY COURT : COUNTY OF BROOME

_____

PEOPLE OF THE STATE OF NEW YORK

        -against-

        *David A. Coffey*                    Defendant.

_____

                                      **REMAND / SET BAIL**

                                 SCI / IND. NO. _____

TO THE SHERIFF OF BROOME COUNTY:

        The above-named Defendant having been brought before this Court upon a Warrant of Arrest (or other, specify):

*Resisting Arrest* _____

_____

and said Defendant having been held for further proceedings, Defendant is hereby committed to the custody of the Sheriff of Broome County until further Order of this Court.

        ☑ Defendant is remanded   □ with bail, or ☑ without bail

            □ Monetary Bail as follows (select at least 3 types):   □ **BAIL TO BE ACCEPTED IN COURT ONLY**

                     □ _____ Cash, or .
                     □ _____ Credit Card or similar device, or
                     □ _____ Insurance Company Bail Bond, or
                     □ _____ Secured Appearance Bond (Form CRC 3292), as real property .
                     □ _____ Partially Secured Appearance Bond (Form CRC 3294), or
                     □ _____ Unsecured Appearance Bond (Form CRC 3294), or
                     □ _____ Secured Surety Bond (Form CRC 3292), or
                     □ _____ Partially Secured Surety Bond (Form CRC 3293), or * A partially secured
                     □ _____ Unsecured Surety Bond (Form CRC 3294).     and/or unsecured bond
                                                           must be selected.

        **NOTE:** Surety or appearance bonds must be submitted to the Court using the applicable form as indicated above and require approval by the Court before Defendant may be released from custody.

        □ Defendant is remanded to await extradition by _____ authorities.

        □ Defendant has waived extradition and is remanded to await transport by _____ authorities.

Instructions/Notes: _____     _____

        And you, the said peace officer, are, therefore, commanded forthwith to take charge of said Defendant herein and deliver said Defendant into the care and custody of the Sheriff of Broome County.

Dated: _____, 2022
      Binghamton, New York                _____
                                                Broome County Court Judge

**Broome County Sheriff's Office**
**Correction Division**
**Court Appearance Information**

Name of Inmate: _David Coffey_

Date: _1-4-22_          Time: _0900_

Court: _County_          Judge: _Caulley_

Criminal Charge #1: _See ATTAchment_

Disposition: _____

Criminal Charge #2: _____

Disposition: _____

Criminal Charge #3: _____

Disposition: _____

Criminal Charge #4: _____

Disposition: _____

Detainer: _____

Disposition: _No Changes_

Incident During Transport or In Court: _____

_____

_____

Officers: _Vinseunt_          _Carle_
          Print Name                Print Name

                              _Sgt Wes_
                              Zone #1 Sergeant

BCSCF 88

January 4, 2022
Tuesday

| | |
|---|---|
| 8:30 AM - 9:00 AM | Keesler, Johnathan (Ind. 70623-21/002; DA #21-364) - Conference (by phone) (Sacco/Jackson) |
| 8:30 AM - 9:00 AM | Mayo, Jerry Jr. - Conference re. EM (by phone) (Nieto/Mucci/PO Labarre) |
| 8:45 AM - 9:15 AM | Thomas, Doreen (Ind. 70509-21/001; DA #21-297) - Conference (by phone) (Congdon/Dean/Schwartzman) |
| 9:00 AM - 9:30 AM | **Coffey, David (Ind. 70768-21/001; DA #21-424) - Arraignment (Thayne/Serjanej (JAIL)** |
| 9:00 AM - 9:30 AM | Longwell, Matthew (Ind. 70395-21/001; DA #21-245) - Conference (by phone) (Nieto/Battisti/PO Labarre) |
| 9:00 AM - 9:30 AM | Poole, Leroy (Ind. 70004-21/002, DA #21-006; Ind. 20-091) - Sentencing (Nieto/Battisti) (JAIL) |
| 9:00 AM - 9:30 AM | Thomas, Doreen (Ind. 70509-21/001; DA #21-297) - Sentencing (Dean/VanDenburgh) |
| 9:00 AM - 9:30 AM | Wade, Evan (15-534 VOP) - VOP Sentencing (Bergman (SP)/Rothermel/PO Sacco) |
| 9:00 AM - 9:15 AM | Morse, Reginald - (SCI-70561-21/001; DA# 21-319) Sentence (Dean/Cahill) |
| 9:00 AM - 9:15 AM | Turck, David - (SCI-70549-21/001; DA# 21-308) - Sentencing (Thayne/Garzo (JAIL) |

STATE OF NEW YORK
COUNTY COURT :: BROOME COUNTY

---

THE PEOPLE OF THE STATE OF NEW YORK,

            -vs-

**DAVID A. COFFEY,**

                    Defendant.

**<u>TRANSPORT/ORDER
TO PRODUCE</u>**

---

**<u>JOSEPH F. CAWLEY, J.</u>**

     WHEREAS, **DAVID A. COFFEY** is presently in the custody of the Broome County Sheriff at the Broome County Jail on the charges which include Assault on a Peace Officer, and

     WHEREAS, Chief Assistant District Attorney Mark Loughran has applied for an Order, pursuant to CPL §60.10(1), for production of the aforesaid defendant at a grand jury proceeding, for the purpose of and at the request of the defendant, so that he may testify before the Grand Jury as the Grand Jury considers certain charges against him, and has further applied for the Order to include extraordinary security measures, and

     WHEREAS, the defendant and his attorney, Artan Serjanej, Esq., and a representative of the Broome County District Attorney's Office appeared this date before the Court to be heard on the aforesaid application, and after hearing the parties and affording each due consideration, the Court having set forth on the record its findings relating to the extraordinary security risks posed by the defendant, now, it is hereby

     ORDERED, that the Sheriff of Broome County, his agents or representatives, transport **DAVID A. COFFEY, dressed in civilian clothing,** from the **BROOME COUNTY JAIL to the BROOME COUNTY GRAND JURY ROOM OFFICE,** at or before **12:20 P.M. on MONDAY, DECEMBER 20, 2021,** to remain until such time as he has provided his testimony to the Grand Jury, and it is further

ORDERED, that so as to maintain the safety and security of the participants in the grand jury proceeding, the **defendant shall be placed in and maintained in leg shackles and hand restraints, shall have a remotely operated electronic device on his leg beneath his clothing to prohibit unauthorized movements, and shall have two corrections officers present with him throughout his transport and testimony,** and it is further

ORDERED, that the corrections officers shall be administered an oath to maintain the secrecy of the grand jury testimony at the time of entry into the proceeding, and the grand jurors shall be administered an appropriate limiting instruction by the prosecutor, so as to avoid undue prejudice against the defendant by reason of the extraordinary security measures, and finally, it is

ORDERED, that upon completion of his testimony, the defendant shall be returned to the Broome County Jail.

DATED:       December 17, 2021
             Binghamton, NY

                                        _____
                                        HON. JOSEPH F. CAWLEY,
                                        Broome County Court Judge

STATE OF NEW YORK
COUNTY COURT : COUNTY OF BROOME

PEOPLE OF THE STATE OF NEW YORK

**REMAND / SET BAIL**

-against-

_David Coffey_
                    Defendant.

SCI / IND NO. _____

TO THE SHERIFF OF BROOME COUNTY:

The above-named Defendant having been brought before this Court upon a Warrant of Arrest (or other, specify):

_Assault 2nd_

and said Defendant having been held for further proceedings, Defendant is hereby committed to the custody of the Sheriff of Broome County until further Order of this Court.

☒ Defendant is remanded ☐ with bail, or ☒ without bail

☐ Monetary Bail as follows (select at least 3 types):  ☐ **BAIL TO BE ACCEPTED IN COURT ONLY**

☐ _____ Cash, or .
☐ _____ Credit Card or similar device, or
☐ _____ Insurance Company Bail Bond, or
☐ _____ Secured Appearance Bond (Form CRC 3292), as real property .
☐ _____ Partially Secured Appearance Bond (Form CRC 3294), or
☐ _____ Unsecured Appearance Bond (Form CRC 3294), or
☐ _____ Secured Surety Bond (Form CRC 3292), or
☐ _____ Partially Secured Surety Bond (Form CRC 3293), or * A partially secured
☐ _____ Unsecured Surety Bond (Form CRC 3294).          and/or unsecured bond
                                                                  must be selected.

   **NOTE:** Surety or appearance bonds must be submitted to the Court using the applicable form as indicated above and require approval by the Court before Defendant may be released from custody.

☐ Defendant is remanded to await extradition by _____ authorities.

☐ Defendant has waived extradition and is remanded to await transport by _____ authorities.

Instructions/Notes: _____

   And you, the said peace officer, are, therefore, commanded torthwith to take charge of said Defendant herein and deliver said Defendant into the care and custody of the Sheriff of Broome County.

Dated: _____, 2021
   Binghamton, New York

   _____
   Broome County Court Judge

**STATE OF NEW YORK**
**BROOME COUNTY**

**DICKINSON TOWN COURT**
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

      VS.

DAVID A. COFFEY; dob: 08/03/1980, Defendant

CASE NO: 21120072

# Arrest Warrant

To Any Officer of:
BROOME COUNTY SHERIFF'S DEPT
155 LT VANWINKLE DR
Binghamton, NY 13905

**Defendants Last Known Address:**
9 Clifford St
Binghamton, NY 13901

Original Charge(s)           Amended Charges(s)

PL 120.08     ASSAULT

Accusatory instruments filed with this court charge the above named defendant as shown.

Therefore you are ordered to arrest the above named defendant and bring him/her before this Court.

This warrant may be executed in Broome County or any adjacent county.

**Dated: December 10, 2021**

Hon. Patrick J. Doyle
Town Justice

The undersigned police officer, directed to execute the within Warrant of Arrest, hereby delegates _____ _____, a police officer of the _____ Department, as Agent, to execute the within warrant. Dated at _____, New York on _____, 20____ _____ Department _____ Officer _____

ENDORSEMENT (other county per CPL 120.70(2b)) This Warrant of Arrest may be executed in the county of _____ NY. Dated at _____, NY. _____, 20___ Court _____ Judge _____

If arrested (in a county other than where the warrant was issued or any adjoining county) for a non-felony, complete the following per CPL Section 120.90(3): On the ____ day of _____, 20____, a police officer authorized to execute the above Warrant, arrested the defendant in _____ County and brought Defendant before the _____ Court in _____ County. Department _____ _____ Officer _____ Defendant was advised as follows: "You have the right to appear before a local criminal court in the county of arrest for the purpose of being released on your recognizance or having bail fixed." Offer accepted: Y/N Defendant _____ Local court release decision _____ Court _____ Judge

# FILE AS DETAINER

December 17, 2021 Continued
Friday

9:15 AM - 9:45 AM                    Coffey, David - Appearance (Thayne/Serjanej) (JAIL)

9:15 AM - 9:45 AM                    Coston, Hasaan (Ind. 70747-21/001; DA #21-414) -
                                     Arraignment (Nieto/Garzo)

9:15 AM - 9:45 AM                    Hall, William (Ind. 70748-21/001; DA #21-415) -
                                     Arraignment (Nieto/Kevin Riddell)

9:15 AM - 9:45 AM                    Huften, John (20-273) - Appearance (re. OOP)
                                     (Dean/Serjanej)

9:30 AM - 10:00 AM                   Stotts, Matthew (SCI 70071-21/001; DA #21-055) -
                                     Appearance (Finley/Gachter/PO Nedbalski) (JAIL) (Call
                                     last)

1:15 PM - 1:45 PM                    Button, Ryan - Bail Conference (by phone) (Frank/Garzo)

1:20 PM - 1:50 PM                    Sivers, Americus - Bail Conference (by phone)
                                     (Czebiniak/Garzo)

1:25 PM - 1:55 PM                    Mason, William - Bail Conference (by phone) (Congdon
                                     for Chirco/Garzo)

1:30 PM - 2:00 PM                    Johnson, Jeremiah - Bail Conference (by phone)
                                     (Niederriter/Garzo)

**Lisiesky, John A.**

| | |
|---|---|
| **From:** | Lisiesky, John A. |
| **Sent:** | Thursday, December 16, 2021 2:30 PM |
| **To:** | 'twittema@nycourts.gov' |
| **Subject:** | WARRANT LODGED |

WARRANT #21-428 LODGED AGAINST DAVID A. COFFEY ON 12/16/21

John Lisiesky
Inmate Records
Broome County Sheriffs Correctional Facility
155 Lt. VanWinkle Dr.
Binghamton, NY 13905

Phone:  607-778-2940
Fax:  607-778-1942
Email:  John.Lisiesky@BroomeCounty.US

```
           STATE OF NEW YORK
COUNTY COURT :: BROOME COUNTY
-_--------------------------------
THE PEOPLE OF THE STATE OF NEW YORK

              -vs-                            WARRANT OF ARREST

      DAVID A. COFFEY,                        _____

                                              Sealed Ind. No. 21-428

                          Defendant.
-_--------------------------------

D.O.B.: 8/3/1980
                               RACE:  Male          HEIGHT:
LNA: 9 Clifford Steet                 NYSID:            WEIGHT:
     Binghamton, NY 13901

--_-------------------------------
```

**IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK,**

TO:  ANY SWORN OFFICER OF THE DIVISION OF THE STATE POLICE OF THE STATE OF
NEW YORK, THE SHERIFF, UNDERSHERIFF, OR ANY DEPUTY SHERIFF OF BROOME
COUNTY, AND ANY SWORN OFFICER OF THE COUNTY OF BROOME.

An accusatory instrument having been filed in this Court charging that the
above-named defendant has at the County of Broome and State of New York,
committed the offense of Assault on a Peace Officer in violation of
Section 120.08, of the Penal Law of the State of New York, a Class C
Felony and Obstructing Governmental Administration in violation of Section
195.05, of the Penal Law of the State of New York, a Class A Misdemeanor.

**YOU ARE HEREBY COMMANDED TO ARREST THE ABOVE-NAMED DEFENDANT AND BRING HIM
BEFORE THIS COURT IN THE CITY OF BINGHAMTON, BROOME COUNTY, NEW YORK.**

Issued on this 16th day of December, 2021.

                        _____
                        County Judge of the County of Broome

STATE OF NEW YORK
UNIFIED COURT SYSTEM
**CATTARAUGUS COUNTY SUPREME & COUNTY COURT**
Cattaraugus County Building
303 Court Street
Little Valley, New York 14755
(716) 379-6636
FAX: (716) 938-6413

HON. RONALD D. PLOETZ                                                                      VERNA R. DRY, CHIEF CLERK

## 12/15/2021

Cattaraugus County Jail
301 Court Street
Little Valley, NY 14755

Re: People vs. DAVID COFFEY
Ind/SCI #  IND 70017-19/001

Jail Sgt:

**DAVID COFFEY**     , Defendant, having been charged with  PL-120.05 (1); PL-265.02 (1)
PL-120.14 (1); AND PL-121.11

Is hereby discharged from custody AS HIS CHARGES WERE WITHDRAWN BY THE PEOPLE
AND HIS CASE SEALED PURSUANT TO CPL 160.50.

Dated:  12/15/2021                              _____
                                                                 Hon. Ronald D. Ploetz

IND-70078-21/002 ~ UCS-514-Clerk ~ 12/14/2021                                   Page 1 of 1



# CATTARAUGUS COUNTY COURT (M-B)

303 Court Street Floor 3rd, Little Valley, NY 14755

UCS-514-Clerk

---

| The People of the State of New York | Securing Order |
| vs. | |

David A. Coffey
10 127 1/2 SR 16, Delevan, NY 14042

Docket Number:     **IND-70078-21/002**
CJTN:              069371898Q
NYSID:             09944991M

Sex: Male   Race: White   DOB: 08/03/1980

EYO: N                  YO: N

The above-named defendant is charged with the following offense(s):

| Charge | Charge Weight | Charge Description | No. of Counts | Incident Date |
|--------|---------------|--------------------|---------------|---------------|
| PL 265.01-B 01 | EF | Criminal Possession Firearm | 1 | 06/04/2020 |
| PL 265.02 01 | DF | Crim Poss Weap-3rd:Prev Conv | 1 | |

The defendant is charged with the above-listed offense(s), and pursuant to CPL §510.10(1), the Court has determined on the basis of available information that the least restrictive kind and degree of control or restriction necessary to reasonably assure the defendant's return to court when required is as follows;

It is hereby **ORDERED** that the defendant is committed to the custody of the Cattaraugus County Sheriff until **bail** is posted as follows:

- $25,000.00 Cash, 10% of $50,000.00 Partially Secured Surety Bond, $50,000.00 Insurance Company Bail Bond

**AND** it is further **ORDERED** that the defendant's future attendance is required as follows:

| Court Name: | **Cattaraugus County Court (M-B)** |
| Location: | **303 Court Street Floor 3rd, Little Valley, NY 14755** |
| Date/Time: | **01/10/2022 at 11:00 AM** |
| Part: | **Criminal 1** |
| Floor/Room: | **Room Courtroom** |
| Before Judge: | **Hon. Ronald Ploetz** |
| For the purposes of: | **Further Proceedings and Motion** |

**TAKE NOTICE** that:
- a defendant released on recognizance, or under non-monetary conditions, or after posting bail must appear in court as directed, must not commit a crime, must obey conditions of release, if any, and shall be subject to consequences set forth on the record for violation of release conditions, including but not limited to revoking the current securing order and imposing a more restrictive securing order.
- a defendant committed to custody shall be produced by the Cattaraugus County Sheriff as directed, and upon release from custody, the Cattaraugus County Sheriff shall advise the defendant of the obligation to appear in court on the next scheduled court date as directed by the court.

Dated:     **December 14, 2021**     _____

Chief Clerk/Clerk of the Court

IND-70078-21/002 – UCS-513 – 12/08/2021          Fax# 607-778-1942          Page 1 of 1



# CATTARAUGUS COUNTY COURT (M-B)

UCS-513

303 Court Street Floor 3rd, Little Valley, NY 14755

Present: Hon. Ronald Ploetz, County Court Judge

| The People of the State of New York | **Order to Produce** |
| vs. | |
| | Docket Number:     **IND-70078-21/002** |
| **David A. Coffey** | CJTN:     069371898Q |
| 10127 1/2 SR 16, Delevan, NY 14042 | NYSID:     09944991M |

Sex: Male   Race: White   DOB: 08/03/1980          EYO: N          YO: N

To the **Cattaraugus County Sheriff**:

An accusatory instrument having been filed with this court charging the above-named defendant with the offense(s) of:

| PL 265.01-B 01 | EF | Criminal Possession Firearm | 1 | 06/04/2020 |
| PL 265.02 01 | DF | Crim Poss Weap-3rd:Prev Conv | 1 | |

**AND**, said defendant having been committed to custody as an Adult and the defendant's further attendance being required before this Court, it is hereby;

**ORDERED**, that the **Cattaraugus County Sheriff** shall produce the defendant as follows for his appearance in Cattaraugus County Court:

| Court Name: | **Cattaraugus County Court (M-B)** |
| Location: | **303 Court Street Floor 3rd, Little Valley, NY 14755** |
| Date/Time: | **12/13/2021 at 10:00 AM** |
| Part: | **Criminal 1** |
| Floor/Room: | **Room Courtroom** |
| Before Judge: | **Hon. Ronald Ploetz** |
| For the purpose of: | **Arraignment** |

And he shall remain in custody of the Cattaraugus County Jail for the pendency of his jury trial on Ind 20-171, and therefore return David Coffey to the Broome County Jail upon completion of the trial.

Dated:   12/8/21          _____
                                                Hon. Ronald Ploetz

# Dickinson Town Court
531 Old Front Street
Binghamton, NY 13905
**www.TownOfDickinson.com**

*12/9/21*

Patrick J. Doyle
Town Justice

Phone: (607)723-9403
Fax: (607) 723-3530

December 9, 2021

BROOME COUNTY SHERIFF'S DEPT
155 LT VANWINKLE DR
Binghamton, NY 13905

*People of the State of New York versus:*
David A. Coffey                    Case No: 21120072
9 Clifford St                      DOB: 08/03/1980
Binghamton, NY 13901

| TicketNo. | Officer | Statute/Section | Charge Text |
|---|---|---|---|
| | Stanton, David | PL 120.08 | ASSAULT |

**Date/time to produce: 12/14/2021     Time: 09:30AM**

## Order To Produce

**To the Broome County Sheriff:**

A securing order having heretofore been made by this Court
holding the Defendant for further action on the charge(s) listed
and said defendant being committed thereunder to the custody of
the Sheriff of the County of Broome, and the attendnce of said
defendant before this Court is required it is:

ORDERED that the Sheriff of Broome County is directed to produce
said defendant before this Court at 531 Old Front Street,
Dickinson on the date and hour specified above.

Dated at: Dickinson
     on: December 9, 2021

_____
     Judge: Patrick J. Doyle

PJD:kmi



## Broome County Sheriff's Correction Division

BODY RECEIPT

I, _Deputy B. Westley 2135_ of the _Cattaraugus County Sheriff_
  Receiving Officer/Official          Department / Agency

received from the Broome County Sheriff's Correction Division the body of:

_David A. Coffey (BIN 21-2275)_ DOB _8_ / _3_ / _1980_
  Inmate Name

on _12_ / _13_ / _21_ .

I have also received all transport, medical, or psychiatric records as required by law or statute.  I have also received all property, valuables and monies in possession of the inmate at the time of transfer.

_Dep B. West_ 2135     Date: _12_ / _13_ / _21_
  Signature of receiving officer/official

_[signature]_     Date: _12_ / _13_ / _21_
  Signature of Transport/Intake Officer/Witness

3/27/02                    BCSCF 70

/8/2021 3:45 PM                    25BOCA·GWFAX -> 16077781942                    Page 2 of

IND-70078-21/002 -- UCS-513 - 12/08/2021            Fax# 607-778 1942            Page 1 of 1



# CATTARAUGUS COUNTY COURT (M-B)

UCS-513

303 Court Street Floor 3rd, Little Valley, NY 14755

Present: Hon. Ronald Ploetz, County Court Judge

| | |
|---|---|
| The People of the State of New York | **Order to Produce** |
| vs. | |
| | Docket Number: **IND-70078-21/002** |
| **David A. Coffey** | CJTN: 069371898Q |
| 10127 1/2 SR 16, Delevan, NY 14042 | NYSID: 09944991M |
| Sex: Male  Race: White  DOB: 08/03/1980 | EVO: N        YO: N |

To the **Cattaraugus County Sheriff**:

An accusatory instrument having been filed with this court charging the above-named defendant with the offense(s) of:

| Charge | Degree | Charge Desc | No. of Counts | Incident Date |
|---|---|---|---|---|
| PL 265.01-B 01 | EF | Criminal Possession Firearm | 1 | 06/04/2020 |
| PL 265.02 01 | DF | Crim Poss Weap-3rd:Prev Conv | 1 | |

**AND**, said defendant having been committed to custody as an Adult and the defendant's further attendance being required before this Court, it is hereby;

**ORDERED**, that the **Cattaraugus County Sheriff** shall produce the defendant as follows for his appearance in Cattaraugus County Court:

| | |
|---|---|
| Court Name: | **Cattaraugus County Court (M-B)** |
| Location: | **303 Court Street Floor 3rd, Little Valley, NY 14755** |
| Date/Time: | **12/13/2021 at 10:00 AM** |
| Part: | **Criminal 1** |
| Floor/Room: | **Room Courtroom** |
| Before Judge: | **Hon. Ronald Ploetz** |
| For the purpose of: | **Arraignment** |

And he shall remain in custody of the Cattaraugus County Jail for the pendency of his jury trial on Ind 20-171, and therefore return David Coffey to the Broome County Jail upon completion of the trial.

Dated: __12/8/21__            _____
                                  Hon. Ronald Ploetz

/8/2021 3:45 PM                25BOCA·GWFAX ·> 16077781942                                 Page 3 of

IND-70017-19/001 - UCS-513 - 12/08/2021                                                   Page 1 of 1



# CATTARAUGUS COUNTY COURT (M-B)

UCS-513

303 Court Street Floor 3rd, Little Valley, NY 14755

Present: Hon. Ronald Ploetz, County Court Judge

| The People of the State of New York | **Order to Produce** |
|---|---|
| v s. | |

**David Coffey**
10127 1/2 SR 16, DELEVAN, NY 14042

| | |
|---|---|
| Docket Number: | **IND-70017-19/001** |
| Legacy Docket Number: | **20-171** |
| CJTN: | 069226909K |
| NYSID: | 09944991M |
| EYO: N | YO: N |

Sex: Male · Race: White  DOB: 08/03/1980

To the **Cattaraugus County Sheriff:**

An accusatory instrument having been filed with this court charging the above-named defendant with the offense(s) of:

| Charge | Charge Class | Description | Number of Counts | Incident Date(s) |
|---|---|---|---|---|
| PL 120.05 01 | DF | Aslt W Int Caus Serious Ph Inj | 1 | 11/28/2019 |
| PL 265.02 01 | DF | Crim Poss Weap-3rd:Prev Conv | 1 | |
| PL 120.14 01 | AM | Menacing-2nd:Weapon | 1 | |
| PL 121.11 | AM | Crim Obstruction Breathing | 1 | |

**AND**, said defendant having been committed to custody as an Adult and the defendant's further attendance being required before this Court, it is hereby;

**ORDERED**, that the **Cattaraugus County Sheriff** shall produce the defendant as follows is required for Jury Trial at the Cattaraugus County Court:

| Court Name: | **Cattaraugus County Court (M-B)** |
|---|---|
| Location: | **303 Court Street Floor 3rd, Little Valley, NY 14755** |
| Date/Time: | **12/14/2021 at 9:30 AM** |
| Part: | **Criminal 1** |
| Floor/Room: | **Room Courtroom** |
| Before Judge: | **Hon. Ronald Ploetz** |
| For the purpose of: | **Jury Trial** |

Cattaraugus County Sheriff will retain custody of said Defendant for the pendency of his trial, and thereafter return David Coffey upon competition of the trial.

Dated: 12/8/21                          _____
                                         Hon. Ronald Ploetz

**Broome County Sheriff's Office**
**Correction Division**
**Court Appearance Information**

Name of Inmate: _David Cotter_

Date: _12/13/21_                          Time: _0900_

Court: _County_                          Judge: _Cawley_

Criminal Charge #1: _____

Disposition: _Remanded_____

Criminal Charge #2: _____

Disposition: _____

Criminal Charge #3: _____

Disposition: _____

Criminal Charge #4: _____

Disposition: _____

Detainer: _____

Disposition: _____

Incident During Transport or In Court: _____

_____

_____

Officers: _C Newins_                    _Viasevich_
          Print Name                    Print Name

                                        _____
                                        Zone #1 Sergeant

BCSCF 88

December 13, 2021
Monday

| | |
|---|---|
| 8:00 AM - 8:30 AM | Peo's resps., etc. in on D. Johnson? |
| 8:30 AM - 9:00 AM | Aleba, William Jr. (Ind. 70623-21/001; DA #21-364) - Conference (by phone) (Sacco/Serjanej) |
| 8:35 AM - 9:05 AM | Taylor, Robert L. - Bail Conference (by phone) (Chirco/Wilber) |
| 8:40 AM - 9:10 AM | Ventura, Jonathan - Conference re. EM (by phone) (O'Neil/Cahill/PO Stevens) |
| 8:45 AM - 9:15 AM | Cunningham, Eric - Conference re. EM (by phone) (Finley/Cahill/PO Stevens) |
| 8:50 AM - 9:20 AM | Howard, Walter (Ind. 70179-21/001; DA #21-127 VOP) - VOP Conference (by phone) (O'Neil/Farfan/PO Nedbalski) |
| 9:00 AM - 9:30 AM | Coffey, David - 190.80 Motion (Thayne/Serjanej) (JAIL) |
| 9:00 AM - 9:30 AM | Harrington, Dennis (19-073 VOP) - VOP Arraignment ( /PD/PO T. Harding) (JAIL) |
| 9:00 AM - 9:30 AM | Lewis, Melvin (Ind. 70746-21/001; DA #21-422) - Arraignment (Niederriter/Seese) (JAIL) (Call 1st) |
| 9:00 AM - 9:30 AM | Mitchell, Douglas (Ind. 70652-21/001; DA #21-375) - Arraignment (Congdon/PD) (JAIL) |
| 9:00 AM - 9:30 AM | Tomassetti, Nicholas (Ind. 70685-21/001; DA #21-403) - Arraignment (O'Neil/Stone) |

# December 10, 2021
Friday

*1 of 3*

| | |
|---|---|
| **8:00 AM - 8:30 AM** | **Conference re. special prosecutor assignments (Korchak/Bergman/Parry) (by phone)** |
| **8:00 AM - 8:30 AM** | **Conference re. special prosecutor assignments (Korchak/Bergman/Parry) (by phone)** |
| **8:30 AM - 9:00 AM** | **Blackstock, Winston - Re-Bail Conference (by phone) (Congdon/Lanouette)** |
| **8:30 AM - 9:00 AM** | **Kasmarcik, Katilyn (20-170 VOP) - VOP Conference (by phone) (Congdon/Seese/PO Falzarano)** |
| **9:00 AM - 9:30 AM** | **Bailey, Larry - Appearance (for possible PTRP release w/OOP) (Dean/Bergman) (JAIL)** |
| **9:00 AM - 9:30 AM** | **Coffey, David - 190.80 Motion ( /Serjanej) (JAIL)** |
| **9:00 AM - 9:30 AM** | **Grant, Shawn - Arraignment on PTRP violation (Congdon/Serjanej) (JAIL)** |

Dec 07 2021 12:29PM HP Fax                          page 2

# Dickinson Town Court
### 531 Old Front Street
### Binghamton, NY 13905
**www.TownOfDickinson.com**

Patrick J. Doyle                                    Phone: (607)723-9403
Town Justice                                        Fax: (607) 723-3530

                                                    December 7, 2021

BROOME COUNTY SHERIFF'S DEPT
155 LT VANWINKLE DR
Binghamton, NY 13905

*People of the State of New York versus:*
David A. Coffey                    Case No: 21120072
9 Clifford St                      DOB: 08/03/1980
Binghamton, NY 13901

| TicketNo. | Officer | Statute/Section | Charge Text |
|-----------|---------|-----------------|-------------|
|           | Stanton, David | PL 120.08 | ASSAULT |

**Date/time to produce: 12/09/2021    Time: 09:30AM**

# Order To Produce

**To the Broome County Sheriff:**

A securing order having heretofore been made by this Court
holding the Defendant for further action on the charge(s) listed
and said defendant being committed thereunder to the custody of
the Sheriff of the County of Broome, and the attendnce of said
defendant before this Court is required it is:

ORDERED that the Sheriff of Broome County is directed to produce
said defendant before this Court at 531 Old Front Street,
Dickinson on the date and hour specified above.

Dated at: Dickinson
    on: December 7, 2021

                        Judge: Patrick J. Doyle

PJD:kmi

STATE OF NEW YORK
COUNTY COURT :: BROOME COUNTY

---

THE PEOPLE OF THE STATE OF NEW YORK                    BAIL ORDER

            -vs-

DAVID COFFEY,

                 Defendant.

---

     An application having been made by or on behalf of the above-named defendant for

his/her release and/or for the setting of bail, and upon consideration of the application and the

facts and circumstances attendant thereto, this Court deems it appropriate to set bail, now, it is

hereby

     ORDERED, that bail is set in the amount of $50,000 cash, or $100,000 real property, or

$400,000 partially secured appearance bond with $40,000 cash on the charges of Tampering with

Physical Evidence, Resisting Arrest, and Criminal Possession of a Controlled Substance in the

Seventh Degree, **to be posted in court only.**

DATED:      November 1, 2021
             Binghamton, New York

                                  HON. JOSEPH F. CAWLEY
                                  Broome County Court Judge

**Broome County Sheriff's Office**
**Correction Division**
**Court Appearance Information**

Name of Inmate: _David Coffey_

Date: _10/29/21_      Time: _1100_

Court: _C/ Binghamton_      Judge: _Pelella_

Criminal Charge #1: _See ATTCH_

Disposition: _____

Criminal Charge #2: _Pre tri prelim hearing_

Disposition: _____

Criminal Charge #3: _____

Disposition: _____

Criminal Charge #4: _____

Disposition: _____

Detainer: _____

Disposition: _____

Incident During Transport or In Court: _____

_____

_____

Officers: _Furman_      _Ward Living_
         Print Name                  Print Name

                                       Zone #1 Sergeant

BCSCF 88

CR-04078-21 – UCS-513 – 10/25/2021                                                        Page 1 of 1



# BINGHAMTON CITY COURT

City Hall, Governmental Plaza, 38 Hawley Street Floor 5, Binghamton, NY 13901
Phone: (607) 240-4272 Fax: (607) 240-5946

UCS-513

The People of the State of New York

vs.

**David A. Coffey**
9 Clifford St, Binghamton, NY 13901

Sex: Male   Race: White   DOB: 08/03/1980

To the **Broome County Sheriff:**

**Order to Produce**

Docket Number:     **CR-04078-21**
CJTN:                      069762920K
NYSID:                   09944991M

EYO: N                          YO: N

An accusatory instrument having been filed with this court charging the above-named defendant with the offense(s) of:

| Ticket No. | Charge | Charge Weight | Charge Description | No. of Counts | Incident Date |
|---|---|---|---|---|---|
| P168DP2W83 | VTL 1212 | UM | Reckless Driving | 1 | 10/12/2021 |
| P168DP2WXB | VTL 0511 01A | UM | Aggravated Unlic Oper Veh-3rd | 1 | |
| P168DP2WF5 | VTL 1180 0A | I | Speed Viol:Imprudent Speed | 1 | |
| P168DP2WNV | VTL 1128 0C | I | Failed To Use Designated Lane | 1 | |
| P168DP2T0Z | VTL 1121 | I | Fail To Give 1/2 Rd To Traffic | 1 | |
| P168DP2WL3 | VTL 1102 | I | Failure To Obey Police Officer | 1 | |
| | PL 215.40 02 | EF | Tamp W/Phys Ev:Conceal/Destroy | 1 | |
| | PL 220.03 | AM | Crim Poss Contrl Subst-7th | 1 | |
| | PL 205.30 | AM | Resisting Arrest | 1 | |

**AND**, said defendant having been committed to custody as an Adult and the defendant's further attendance being required before this Court, it is hereby;

**ORDERED**, that the Broome County Sheriff shall produce the defendant as follows:

| | |
|---|---|
| Court Name: | **Binghamton City Court** |
| Location: | **City Hall, Governmental Plaza, 38 Hawley Street Floor 5, Binghamton, NY 13901** |
| Date/Time: | **PLEASE PRODUCE DEFENDANT IN PERSON 10/29/2021 at 11:00 AM** |
| Part: | **WCP Crim** |
| Floor/Room: | **Floor 5th/Room Check in at the Window** |
| Before Judge: | **Hon. William C. Pelella** |
| For the purpose of: | **Preliminary Hearing** |

Dated:        10/25/21

Hon.  *William C. Pelella*

CR-04078-21 – UCS-514-Judge – 10/25/2021                                          Page 1 of 2



**BINGHAMTON CITY COURT**                                          UCS-514-Judge

City Hall, Governmental Plaza, 38 Hawley Street Floor 5, Binghamton, NY 13901          *Groover -57*

Phone: (607) 240-4272 Fax: (607) 240-5946                                        *J.J. Smith -102*

| | |
|---|---|
| The People of the State of New York<br>v.s.<br><br>David A. Coffey<br>9 Clifford St, Binghamton, NY 13901<br><br>Sex:Male   Race: White   DOB: 08/03/1980 | **Securing Order**<br><br>Docket Number:   **CR-04078-21**<br>CJTN:               069762920K<br>NYSID:             09944991M<br><br>EYO: N                        YO: N |

The above-named defendant is charged with the following offense(s):

| Ticket No. | Charge | Charge Weight | Charge Description | No. of Counts | Incident Date |
|---|---|---|---|---|---|
| P 168DP2W83 | VTL 1212 | UM | Reckless Driving | 1 | 10/12/2021 |
| P 168DP2WXB | VTL 0511 01A | UM | Aggravated Unlic Oper Veh-3rd | 1 | |
| P 168DP2WF5 | VTL 1180 0A | I | Speed Viol:Imprudent Speed | 1 | |
| P 168DP2WNV | VTL 1128 0C | I | Failed To Use Designated Lane | 1 | |
| P 168DP2T0Z | VTL 1121 | I | Fail To Give 1/2 Rd To Traffic | 1 | |
| P 168DP2WL3 | VTL 1102 | I | Failure To Obey Police Officer | 1 | |
| | PL 215.40 02 | EF | Tamp W/Phys Ev:Conceal/Destroy | 1 | |
| | PL 220.03 | AM | Crim Poss Contrl Subst-7th | 1 | |
| | PL 205.30 | AM | Resisting Arrest | 1 | |

The defendant is charged with the above-listed offense(s), and pursuant to CPL §510.10(1), the Court has determined on the basis of available information that the least restrictive kind and degree of control or restriction necessary to reasonably assure the defendant's return to court when required is as follows;

It is hereby **ORDERED** that the defendant is committed to the custody of the **Broome County Sheriff** and **remanded without bail**.

**AND** it is further **ORDERED** that the defendant's future attendance is required as follows:

| | |
|---|---|
| Court Name: | |
| Location: | |
| Date/Time: | |
| Part: | |
| Floor/Room: | |
| Before Judge: | |
| For the purpose of: | |

**TAKE NOTICE** that:
- a defendant released on recognizance, or under non-monetary conditions, or after posting bail must appear in court as directed, must not commit a crime, must obey conditions of release, if any, and shall be subject to consequences set forth on the record for violation of release conditions, including but not limited to revoking the current securing order and imposing a more restrictive securing order.
- a defendant committed to custody shall be produced by the Broome County Sheriff as directed, and upon release from custody, the Broome County Sheriff shall advise the defendant of the obligation to appear in court on the next scheduled court date as directed by the court.

Dated:    **October 25, 2021**        _____

                                        **Hon. William C. Pelella**



# Booking Card

## Coffey, David Allen



**Print Date/Time:** 10/25/2021 11:44
**Login ID:** broomecounty\jxd36966

Broome County Sheriff's Office
**ORI Number:** NY0030000



| | | | | |
|---|---|---|---|---|
| **Booking #:** | 2021-00002275 | **Booking Date/Time:** | 10/25/2021 11:31 | |
| **Jacket #:** | 449613 | **Inmate #:** | | |
| **Address:** | 9 CLIFFORD ST | | | |
| | Binghamton, NY 13901 | | | |
| **Phone #:** | (607)203-1148 | **DOB:** 08/03/1980 | **Race:** White | |
| **SSN:** | | **Age:** 41 | **Sex:** Male | |
| **Hair Color:** Brown | | **Eyes:** Brown | **Height:** 6ft 3 in | **Weight:** 240.0 |

| | | | |
|---|---|---|---|
| **Prisoner Type:** 72 Hr Class | **Incarceration Reason:** Felony Disposition | | |
| **Facility:** | **Pod/Block:** | **Cell:** | **Bed:** |

**Charge:**
| | | | |
|---|---|---|---|
| State | 90Z | PL 215.40 02 EF0 | CONCEAL/ALTER/DESTROY PHYS EVI |
| **Offense/Charge Date:** | 10/25/2021 11:38 | **Warrant Number:** | **Court Date/Time:** |
| **Case Tracking ORI:** | NY003011J | **Case Tracking #:** cr-04078-21 | **Docket Number:** |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** | Yes | | |

**Charge:**
| | | | |
|---|---|---|---|
| State | 35A | PL 220.03 AM7 | CRIM POSS CONTRL SUBST |
| **Offense/Charge Date:** | 10/25/2021 11:38 | **Warrant Number:** | **Court Date/Time:** |
| **Case Tracking ORI:** | NY003011J | **Case Tracking #:** cr-04078-21 | **Docket Number:** |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** | No | | |

**Charge:**
| | | | |
|---|---|---|---|
| State | 90Z | PL 205.30 AM0 | RESISTING ARREST |
| **Offense/Charge Date:** | 10/25/2021 11:38 | **Warrant Number:** | **Court Date/Time:** |
| **Case Tracking ORI:** | NY003011J | **Case Tracking #:** cr-04078-21 | **Docket Number:** |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** | No | | |

**Charge:**
| | | | |
|---|---|---|---|
| State | 999 | VTL1212 UM0 | RECKLESS DRIVING |
| **Offense/Charge Date:** | 10/25/2021 11:38 | **Warrant Number:** | **Court Date/Time:** |
| **Case Tracking ORI:** | NY003011J | **Case Tracking #:** cr-04078-21 | **Docket Number:** |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** | No | | |

**Charge:**
| | | | |
|---|---|---|---|
| State | 999 | VTL0511 01A I3 | AGGRAVATED UNLICENSED OPERATION - 3RD DEGREE |
| **Offense/Charge Date:** | 10/25/2021 11:38 | **Warrant Number:** | **Court Date/Time:** |
| **Case Tracking ORI:** | NY003011J | **Case Tracking #:** cr-04078-21 | **Docket Number:** |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** | No | | |

Inmate Tablet Terms and Conditions and User Agreement

Tablets are available for use in certain housing units of the Broome County Sheriff's Office Correctional Facility.

1) You will need to purchase tablet usage time to be able to access certain features available on the "paid" section of the tablet from commissary if you so choose. The commissary ordering is available on the "free" portion of the tablets.
2) Inmates will sign on to the tablet using their "Jacket Number and assigned PIN number. Once logged in, you will be prompted to change your 4 digit pin. Assigned PIN is your DOB (month and date).
   a. You will then agree to the terms and conditions.
3) When finished using the tablet, make sure you log out. Failure to log out will result in your being charged for usage until such time you log out.

The following profiles will be on the tablet and will include but not limited to the following:

1) FREE PROFILE: No cost to inmate.
   a. Receive account information (Tablet Balance).
   b. Contact list of family and friends who created an account to message an inmate.
   c. Facility information file: Contains important facility info such as the inmate handbook etc.
   d. Commissary ordering.
   e. Miscellaneous other items.

2) PAID PROFILE: Cost is $.05 cents per minute of usage.
   a. Apps
   b. Games
   c. Messaging
   d. Books (As approved and listed)
   e. Movies (As approved and listed)
   f. Music ( As approved and listed)

3) PROMOTIONAL PROFILE: (When available) Cost is $.03 cents per minute of usage.
   a. Can only use one app. at a time containing promotional apps.

Ear-Buds (Headphones)
   1) Ear-Buds must be purchased from commissary. (ear-buds are required for certain paid items).
   2) You will only be allowed to possess "ONE" pair of ear-buds at any given time. If you are caught with more than one pair, you will lose your tablet privilege.
   3) If your ear-buds break or are damaged, you will be allowed to purchase replacements on commissary. You must turn in your broken or damaged ear-buds to the unit officer before you will be allowed to order new ones. The ordering of ear-buds will be blocked until verification is made that the damaged ones were turned in. There will be no exceptions. If you do not have a pair to turn in, you not be allowed to order new ones.

Misuse
   1) Inmates are not permitted to log onto anyone else's account.
   2) If an inmate is found using another inmate's account, or
   3) an inmate allows another inmate to use his/her account, will result in the loss of tablet privilege.
   4) Inmates who due to irresponsible behavior, break a tablet, will be issued a disciplinary report for Destruction of Property and will be charged the current tablet replacement cost and will lose tablet privilege.



# Inmate Property Inventory Report



**Print Date/Time:** 10/25/2021 11:49
**Login ID:** broomecounty\jlm33665

Broome County Sheriff's Office
**ORI Number:** NY0030000

**Inmate:** Coffey, David Allen

**Booking Number:** 2021-00002275

## Possessions

| Possession | Condition | Quantity | Location | Container | Bag # |
|---|---|---|---|---|---|
| ID'S | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | visa 1014 | | | | |
| Wallet w/Contents | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | black wallet | | | | |
| ID'S | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | nys id, abigail klink | | | | |
| Money/Checks | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | 60.00 | | | | |
| Belt | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | black | | | | |
| Cell Phone | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | black with black case off iphone | | | | |
| Jewelry | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | silver colored ling chain | | | | |
| Misc Item NOT Already Listed | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | yankee hat | | | | |
| Pants | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | black jeans | | | | |
| Shirt | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | gray shirt | | | | |
| Shoes/Boots | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | black nike | | | | |
| Socks | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | black | | | | |
| Undergarments | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | gray | | | | |
| Sweatshirt/Sweater | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | black hoody | | | | |
| Jewelry | | 1 | Property Storage | Property Bag | 426 |
| **Description:** | watch digital armitron | | | | |

## Issued Items