UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAVID A. COFFEY,

         Plaintiff,

    -against-

BROOME COUNTY; SGT. DENNY ROWE;
SGT. KEVIN TRAVIS; CO TYLER
COWLEY,

        Defendants.

Case No.: 9:23-cv-236 (AMN/TWD)

---

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: DAVID A. COFFEY.

Dated:  New York, New York
       December 1, 2025

**Rickner Moskovitz LLP**

By:     /s/

     Rob Rickner

14 Wall Street, Suite 4C
New York, New York 10005
Phone: (212) 300-6506
Fax: (888) 390-5401
*Attorney for Plaintiff*

Served via ECF on:
All Parties of Record